Laurence ("Laird") J. Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Talasi B. Brooks (ISB # 9712)
tbrooks@advocateswest.org
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　*Plaintiffs*,<br>v.<br><br>RYAN K. ZINKE, Secretary Of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>　　*Defendants*. | No. 01:18-cv-187-REB<br><br>**CORPORATE DISCLOSURE STATEMENT** |

　　Plaintiffs Western Watersheds Project and Center for Biological Diversity hereby state that they are both non-profit conservation organizations, which have no publicly issued shares and no corporate parent, subsidiary or affiliate with publicly issued shares.

Dated this 3rd day of May, 2018.　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　*/s/ Laurence ("Laird") J. Lucas*
　　　　　　　　　　　　　　　　　　　　　　Laurence ("Laird") J. Lucas (ISB # 4733)
　　　　　　　　　　　　　　　　　　　　　　Todd C. Tucci (ISB # 6526)
　　　　　　　　　　　　　　　　　　　　　　Talasi B. Brooks (ISB #9712)
　　　　　　　　　　　　　　　　　　　　　　*Advocates for the West*

CORPORATE DISCLOSURE STATEMENT - 1

P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

CORPORATE DISCLOSURE STATEMENT -2