BART M. DAVIS, Idaho State Bar No. 2696
United States Attorney
CHRISTINE G. ENGLAND, California State Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Telephone: (208) 334-1211
Facsimile:   (208) 334-1414
Email: Christine.England@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
RACHEL K. ROBERTS
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
7600 Sand Point Way NE
Seattle, WA 98115
Tel: (206) 724-7386; Fax: (206) 526-6665
E-mail: Rachel.roberts@usdoj.gov
Attorneys for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>RYAN K. ZINKE, Secretary of the Interior, *et al.*,<br><br>　　　　Defendants. | Case No. 1:18-cv-00187-REB<br><br>**DEFENDANTS' MOTION TO SEVER AND TRANSFER** |

　　　　Plaintiffs Western Watersheds Project and the Center for Biological Diversity (together, "Plaintiffs") seek judicial review of eight Bureau of Land Management oil and gas lease sales and two Department of Interior Instruction Memoranda ("IMs"). *See* Complaint, ECF No. 1. None of these claims relate to lands or activities in Idaho. All eight lease sales, and the agency's

public processes associated therewith, occurred in different judicial districts. Further, three of the eight lease sales as well as one of the IMs are also being challenged in cases pending in the District of Montana. *See Montana Wildlife Fed'n et al v. Zinke et al*, case no. 4:18-cv-00069-BMM, ECF No. 1. *See also Wildearth Guardians et al. v. U.S. Bureau of Land Management et al*, case no. 4:18-cv-00073-BMM.

In order to avoid the potential for inconsistent judgments by multiple district courts, as well as the inefficiency of having multiple courts review the same administrative records and render judgments on the same agency actions, Defendants seek to sever and transfer the Plaintiffs' lease sale challenges to the districts in which the subject lands are located. Thus, all challenges to lease sales in Montana, Utah, and Wyoming should be transferred to the Districts of Montana, Utah, and Wyoming, respectively. Plaintiffs' challenges to IM 2018-026 and IM 2018-034 should be transferred to the District of Columbia because the decision-making processes for those IMs occurred in that district and have nationwide application. Severing and transferring Plaintiffs' claims in this manner will result in a much more efficient resolution of the litigation, will reduce the potential for inconsistent judgments, and will promote the local interest in having localized controversies decided at home.

Respectfully submitted this 29th day of May, 2018,

> BART M. DAVIS, Idaho State Bar No. 2696
> United States Attorney
> CHRISTINE G. ENGLAND, California State Bar No. 261501
> Assistant United States Attorney
> District of Idaho
> Washington Group Plaza IV
> 800 East Park Boulevard, Suite 600
> Boise, Id 83712-7788
> Telephone: (208) 334-1211
> Facsimile:   (208) 334-1414
> Email: Christine.England@usdoj.gov

JEFFREY H. WOOD
Acting Assistant Attorney General
/s/ *Rachel K. Roberts*
RACHEL K. ROBERTS, Washington State Bar No. 50303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
7600 Sand Point Way NE
Seattle, WA 98115
Tel: (206) 526-6881; Fax: (206) 526-6665
E-mail: Rachel.roberts@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

                                                                 */s/ Rachel K. Roberts*
                                                                 Rachel K. Roberts