Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
mike.robinson@wyo.gov

*Attorneys for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN ZINKE, Secretary Of Interior; DAVID BERNHARDT, Deputy Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>*Defendants*. | Case No. 1:18-cv-00187-REB |

## DECLARATION OF DANIEL W. NOBLE

Daniel W. Noble, being first duly sworn, deposes and states of his own knowledge that:

1. I am the Director of the Wyoming Department of Revenue. I have held this position since July 1, 2013. I am over 18 years of age, I have knowledge of the facts stated herein either from my own personal knowledge, or from the records of the Wyoming Department of Revenue, and am competent to testify thereto.

2. I received a Bachelor's Degree in Accounting in 1988 from the University of Wyoming.

3. In my position with the Department of Revenue, I oversee a staff that administers the State of Wyoming's mineral tax laws, including collection of severance taxes imposed for the privilege of removing minerals and other valuable deposits, including oil and natural gas. *See* Wyo. Stat. Ann. §§ 39-11-102; 39-14-101 through 39-14-711.

4. The Department of Revenue's Mineral Tax Division collects and maintains data relevant to the assessment and collection of mineral severance and ad valorem taxes. This information is stored electronically on the Mineral Tax Division's computer system (MTS II).

5. The State assesses a six percent severance tax on the fair market value of the gross product of crude oil, lease condensate or natural gas produced in Wyoming, including from federal land. Wyo. Stat. Ann. §§ 39-14-203(a), -204(a). The State also imposes an ad valorem tax on the fair market value of the gross product of all minerals in Wyoming, including those produced from federal land. Wyo. Const. art. 15, § 3; Wyo. Stat. Ann. § 39-13-102(m). The tax rate for ad valorem taxes is based on the mill levy for the county where the minerals are located. *See generally*, Wyo. Stat. Ann. § 39-13-104.

6. The State of Wyoming's severance and ad valorem taxes are distributed to benefit state programs, cities, counties, public schools and institutions of higher learning. Wyo. Stat. Ann. §§ 39-13-111. 39-13-111.9-14-801. Additionally, the taxes pay for water and highway infrastructure projects, and also fund the State of Wyoming's revenue accounts including the State's permanent mineral trust fund, permanent mineral trust fund reserve account, general fund and budget reserve account. *Id.*

7. In 2013, the State collected $334,485,770 in severance and ad valorem taxes from crude oil produced on federal land in Wyoming. In 2014, the State collected $360,218,074 in severance and ad valorem taxes from crude oil produced on federal land in Wyoming. In 2015, the State collected $227,370,150 in severance

and ad valorem taxes from crude oil produced on federal land in Wyoming. In 2016, the State collected $155,673,621 in severance and ad valorem taxes from crude oil produced on federal land in Wyoming. Thus from 2013 to 2016, the State collected $1,077,747,615 in severance and ad valorem taxes from crude oil produced on federal land in Wyoming.

8. In 2013, the State collected $510,379,628 in severance and ad valorem taxes from natural gas produced on federal land in Wyoming. In 2014, the State collected $476,204,106 in severance and ad valorem taxes from natural gas produced on federal land in Wyoming. In 2015, the State collected $231,685,924 in severance and ad valorem taxes from natural gas produced on federal land in Wyoming. In 2016, the State collected $200,852,605 in severance and ad valorem taxes from natural gas produced on federal land in Wyoming. Thus from 2013 to 2016, the State collected $1,419,122,263 in severance and ad valorem taxes from natural gas produced on federal land in Wyoming.

9. From 2013 to 2016, the State collected a combined total of $2,496,869,878 in severance and ad valorem taxes from crude oil and natural gas produced on federal land in Wyoming.

DATED this 31st day of May, 2018.

Daniel W. Noble

STATE OF WYOMING    )
                    ) SS
COUNTY OF LARAMIE   )

The foregoing DECLARATION OF DANIEL W. NOBLE was subscribed and sworn to before me by Daniel W. Noble this 31 day of May, 2018.



Witness my hand and official seal.

Rita M. Stauffer
Notary Public

My Commission Expires:
October 5, 2019

5

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Rachel K. Roberts
Rachel.roberts@usdoj.gov

                                              /s/ Paul A. Turcke
                                              Paul A. Turcke