Bret Sumner, *Pro Hac Vice* Pending
bsumner@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul A. Turcke, ISB #4759
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

Attorneys for Proposed Defendant- Intervenor Western Energy Alliance.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **RYAN K. ZINKE,** Secretary of the Interior, *et al*., <br><br> Defendants, <br><br> **WESTERN ENERGY ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 1:18-cv-00187-REB <br><br> **KATHLEEN SGAMMA DECLARATION** |

I, Kathleen Sgamma, declare as follows:

1. I am over eighteen years old, have personal knowledge of the matters set forth in this Declaration, and am competent to testify as to the matters set forth herein.

2. I am the President of Western Energy Alliance (Alliance). The Alliance is a non-profit trade association based in Denver, Colorado, representing over 300 companies engaged in all aspects of environmentally responsible exploration and production of oil and natural gas in the western United States, including Colorado, Idaho, Montana, Nevada, North Dakota, South Dakota, Utah and Wyoming.

3. The Alliance advocates for access to federal lands for exploration and production of oil and natural gas, and rational, efficient, and effective permitting processes. The Alliance promotes the beneficial use and development of oil and natural gas in the West and represents its membership in federal rulemakings that may affect members' operations on federal, state and private lands throughout the West.

4. Alliance members hold specific interests related to the leasing and development of oil and gas resources on public lands in many of the states containing greater sage-grouse habitat, including Idaho, Wyoming, Colorado, Nevada, Montana, North Dakota, South Dakota, and Utah.

5. Alliance members operate in Idaho and other states across the West affected by the Federal Defendants' actions related to sage-grouse and oil and natural gas leasing and development in the species' habitat, and would be directly injured by the Plaintiffs' proposed relief.

6. Alliance members hold significant monetary interests in the challenged federal oil and gas leases at issue in this case. Member companies have invested tens of millions of dollars in these leases. This investment is at risk if the relief sought by Plaintiffs is granted.

7. Alliance members' existing property rights and economic interests are significant and legally protectable interests. These legally protectable interests would be directly and substantially threatened by Plaintiffs' requested relief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 14, 2018 in Denver, Colorado.

Kathleen Sgamma

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Michael Robinson
mike.robinson@wyo.gov

John Most
john.most@usdoj.gov

Christine England
christine.england@usdoj.gov

Erik E. Peterson
erik.peterson@wyo.gov

*/s/ Paul A. Turcke*
Paul A. Turcke