Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Talasi B. Brooks (ISB # 9712)
tbrooks@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 1:18-cv-00187-REB |
| *Plaintiffs*, | **DECLARATION OF LAIRD LUCAS IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| v. | |
| RYAN K. ZINKE, Secretary of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, | |
| *Defendants*. | |

I, Laurence ("Laird") J. Lucas, declare:

1.      I am co-counsel of record for Plaintiffs in this case. I have personal knowledge of the matters set forth in this declaration.

2.      The following attached exhibits are true and correct copies of publicly available documents, which were obtaining from Department of Interior, BLM or other government websites, or from Westlaw, to which Plaintiffs cite in their Opening Brief in Support of Motion for Preliminary Injunction:

Exhibit A:      IM 2018-034, *Updating Oil and Gas Leasing Reform – Land Use Planning and Lease Parcel Reviews* (Jan. 31, 2018).

Exhibit B:      IM 2010-117, *Oil and Gas Leasing Reform – Land Use Planning and Lease Parcel Reviews* (May 17, 2010).

Exhibit C:      BLM Oil and Gas Adjudication Handbook, H-3100-1-Oil and Gas Leasing (1985),

Exhibit D:      BLM NEPA Handbook, H-1790-1 (Jan. 2008),

Exhibit E:      Deputy Sec'y David J. Hayes, U.S. Dep't of the Interior, Report To Secretary Ken Salazar Regarding The Potential Leasing Of 77 Parcels In Utah (June 11, 2009).

Exhibit F:      BLM Colorado letter denying March 24,  2018 Request for Extension of Time to comment

Exhibit G:      BLM Wyoming News Release May 24, 2018

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct.  Executed this 6th  day of July, 2018 in Boise, Idaho

/s/   *Laird J. Lucas*
Laurence ("Laird") J. Lucas

DECLARATION OF LAIRD LUCAS - 2