

# News Release
BLM Wyoming State Office

FOR IMMEDIATE RELEASE
May 24, 2018
Contact: Courtney Whiteman, cwhiteman@blm.gov, 307-775-6184
Brad Purdy, bpurdy@blm.gov, 307-775-6328

**BLM seeking comment on 254 parcels proposed for lease in September oil and gas lease sale**

In keeping with the Administration's goal of strengthening America's energy independence, the Bureau of Land Management Wyoming is seeking comments on a proposal to offer 254 oil and gas lease parcels totaling about 286,000 acres at its September quarterly lease sale. Today kicks off a two-week comment period for these parcels, which will close June 7.

You can review the environmental assessment and related documents and submit comments on these parcels at https://go.usa.gov/xQEpU.

Earlier this year, the BLM released environmental assessments for 106 parcels in the High Plains and Wind River/Bighorn Basin, and accepted comments on them at that time. You can find the environmental assessments and associated documents for those parcels at https://go.usa.gov/xQxMN.

The BLM recently issued new policy that instructs state offices to review all nominated parcels statewide instead of on a rotational basis by district office. The third quarter lease sale is unique in that the BLM began reviewing the first set of parcels based on the old timeframe, and is now including the 254 additional parcels in its analysis as part of its transition to the updated policy.

Because the BLM already accepted comments on the earlier parcel reviews, we are not accepting comments on the first set of parcels now.

BLM Wyoming plans to issue the lease sale notice and associated documents by Aug. 3. In preparing a decision for the sale, the BLM will analyze and address comments on both sets of parcels. The lease sale is slated to begin the week of Sept. 17, 2018, and will be conducted online via www.energynet.com.

The state of Wyoming receives about 50 percent of the proceeds of each lease sale. The last BLM Wyoming lease sale, held in March, raised about $19.87 million.

-BLM-

*The BLM manages more than 245 million acres of public land located primarily in 12 Western states, including Alaska. The BLM also administers 700 million acres of sub-surface mineral estate throughout the nation. The agency's mission is to sustain the health, diversity, and productivity of America's public lands for the use and enjoyment of present and future generations. Diverse activities authorized on these lands generated $75 billion in sales of goods and services throughout the American economy in fiscal year 2016—more than any other agency in the Department of the Interior.*
*These activities supported more than 372,000 jobs.*