# ATTACHMENT C

Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
mike.robinson@wyo.gov

*Attorneys for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN ZINKE, Secretary Of Interior; DAVID BERNHARDT, Deputy Secretary of the Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>*Defendants*. | Case No. 1:18-cv-00187-REB |

## DECLARATION OF TOM KROPATSCH

Tom Kropatsch, being first duly sworn, deposes and states of his own knowledge that:

1. I am the Deputy State Oil and Gas Supervisor. I have held this position since August 2014. I am over 18 years of age, I have knowledge of the facts stated herein either from my own personal knowledge, or from the records of the Wyoming Oil and Gas Conservation Commission, and am competent to testify thereto.

2. I received a Bachelor of Science Degree in Geology in 1999 from Oklahoma State University.

3. In my position with the Wyoming Oil and Gas Conservation Commission (WOGCC), I oversee the agency's natural resources and underground injection control (UIC) programs; and electronic permitting and database systems. Management of these programs also includes the supervision of the agency's natural resources, UIC, and inspection staff.

As the Class II UIC Program Director, I manage WOGCC Class II UIC program in compliance with state primacy application and state/EPA regulations. I act as the point of contact for industry, public, and EPA. I am the appointed Commission hearing examiner for the UIC/aquifer exemption hearings.

As the manager of the agency's environmental and natural resources rules and regulations I am a technical resource for staff, industry and the general public on environmental, regulatory, and natural resource matters. I assist with agency budget preparation and manage the natural resources and inspection programs in compliance with approved budget.

I am an agency representative and interagency/public contact in matters related to environment, natural resources, regulatory, and UIC. I attend workgroups and public meetings and review federal and state agency proposed rules and guidance documents to determine how these issues affect the agency rules and regulations and industry in Wyoming. I prepare recommendations on rulemaking, write rules, conduct technical analysis and prepare agency comments.

The agency is responsible to implement Wyoming Statutes 30-5-101 to 30-5-128 known as the Conservation Act, which requires the WOGCC to prevent waste and protect correlative rights.

4. The WOGCC is required by statute to prevent waste and protect correlative rights. The WOGCC also enforces other statutes such as the Split Estate Act, portions of the payments and royalties statutes, and portions of the Geologic Sequestration statutes. The mission of the agency is to regulate oil and gas activities in a manner that ensures responsible development and management of Wyoming's

oil and gas resources and provides appropriate environmental stewardship for Wyoming citizens. Through its rules and regulations and these statutes, the WOGCC requires permitting and reporting on all oil and gas wells on all lands within the state of Wyoming. The WOGCC also has primacy granted from the USEPA for all injection and disposal wells within the state.

5. Through the duties of my position I am familiar with the Bureau of Land Management's (BLM) oil and gas leasing process, including the applicable rules, regulations, policies and memoranda.

6. Prior to January 31, 2018, Instruction Memorandum 2010-117 (IM 2010-17) governed oil and gas lease sales on Bureau of Land Management (BLM) owned mineral estates. In 2017, BLM oil and gas lease sales were governed generated approximately $360 million nationwide. Wyoming receives approximately 50% of lease sales revenue. In 2017, BLM Wyoming received approximately $173.3 million in lease sales. When wells go into production, states also receive 48% of the royalty payments.

7. On January 31, 2018, BLM Instruction Memorandum 2018-034 (IM 2018-34) went into effect. IM 2018-34 governed the review process for the proposed oil and gas lease sales scheduled for September 17, 2018, and December 10, 2018. Plaintiffs are seeking a preliminary injunction that would require application of the

4

notice and comment provisions of IM 2010-117 to the September and December 2018 oil and gas lease sales.

8. If the Court grants the junction, Wyoming will suffer financial harm. IM 2018-034 controlled the review process for the September and December 2018 sales. In light of the different notice and comment provisions, Reversion to IM 2010-117 will necessarily require postponement of the September and December sales into 2019. Accordingly, Wyoming will see a dramatic drop in revenue from BLM oil and gas lease sales from 2017 to 2018.

9. Based on personal knowledge obtained through the performance of my position, if the preliminary injunction is granted it is likely Wyoming will suffer financial harm through increased uncertainty in the marketplace. Many of the oil and gas companies who operate in Wyoming also have operations in other states, such as Texas or North Dakota, that do not have as great a concentration of federal lands as Wyoming. The uncertainty the changing federal regulations will have will encourage operators to move their capital expenditures to those other states with less federal acreage. The uncertainty adds an opportunity cost that makes investing in Wyoming more expensive. Every dollar operators allocate to operations in other states means lost revenue, jobs, and taxes to Wyoming.

DATED this 6th day of August, 2018.

_____
Tom Kropatsch

STATE OF ~~WYOMING~~ Nebraska )
                              ) SS
COUNTY OF ~~LARAMIE~~ Douglas )

The foregoing DECLARATION OF TOM KROPATSCH was subscribed and sworn to before me by Tom Kropatsch this 6 day of August, 2018.

Witness my hand and official seal.

GENERAL NOTARY - State of Nebraska
ELIZA A. NELSON
My Comm. Exp. March 7, 2021

_____
Notary Public

My Commission Expires: March 7, 2021

6