Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul A. Turcke, ISB #4759
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

Attorneys for Proposed Defendant- Intervenor Western Energy Alliance.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **RYAN K. ZINKE,** Secretary of the Interior, *et al.*, <br><br> Defendants, <br><br> **WESTERN ENERGY ALLIANCE**, <br><br> Proposed Defendant-Intervenor. | Case No. 1:18-cv-00187-REB <br><br> **KATHLEEN SGAMMA DECLARATION IN OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION [DKT. 30]** |

I, Kathleen Sgamma, declare as follows:

1. I am over eighteen years old, have personal knowledge of the matters set forth in this Declaration, and am competent to testify as to the matters set forth herein.

2. I am the President of Western Energy Alliance (Alliance). The Alliance is a non-profit trade association based in Denver, Colorado, representing over 300 companies engaged in

all aspects of environmentally responsible exploration and production of oil and natural gas in the western United States, including Idaho, Colorado, Montana, Nevada, North Dakota, South Dakota, Utah and Wyoming. I make this Declaration in opposition to Plaintiffs' Motion for Preliminary Injunction. Dkt 30.

3. The Alliance advocates for access to federal lands for exploration and production of oil and natural gas, and rational, efficient, and effective permitting processes. The Alliance promotes the beneficial use and development of oil and natural gas in the West and represents its membership in federal rulemakings that may affect members' operations on federal, state and private lands throughout the West.

4. Alliance member companies' operating in the West would be directly affected and significantly harmed if the Court grants Plaintiffs' requested relief.

5. Alliance members hold specific interests related to the leasing and development of oil and gas resources on public lands in many of the states containing greater sage-grouse habitat, including Wyoming, Colorado, Nevada, Montana, North Dakota, and Utah. Alliance member companies have invested tens of millions of dollars in existing leases.

6. In order to efficiently develop leased lands, Alliance members need contiguous lease positions, and the future lease sales for which Plaintiffs seek relief would allow Alliance members to obtain lease parcels adjoining existing leases that are necessary for planning and developing new projects as well as projects on existing adjacent leases.

7. Alliance members have invested significant time and resources preparing for upcoming lease sales, including the September and December lease sales for which Plaintiffs seek relief.

8. These costs include resources spent evaluating prospective leases, conducting geologic research, conducting due diligence on other resource issues, nominating parcels, assessing the financial potential, budgeting capital allocation, creating exploration and development strategies, and other background work to determine whether to nominate and pursue leases at upcoming competitive sales.

9. To date, prospective bidders for the December 2018 lease sales in Colorado, Montana, Nevada, North Dakota and Utah have spent $2,806,400 evaluating the nominated parcels. This investment equates to an average of $6,542 per parcel for the 429 parcels noticed for those lease sales.

10. In 2017, after conducting due diligence on federal lands identified as open to oil and gas leasing, companies, including Alliance members, submitted expressions of interest for 611,000 acres in Wyoming, 160,436 acres in Montana, 836 acres in Idaho, 5,313,585 acres in Nevada, and 149,154 acres in Utah. Exhibit A, BLM Oil and Gas Statistics Table 13, available at www.blm.gov/sites/blm.gov/files/Table13_EOI_Acres_CY2006_to_CY2017.pdf.

11. In fiscal year 2017, these expressions of interest ultimately led to operators purchasing 1,188,259 acres at competitive sale across the United States for $348,852,506. Exhibit B, BLM Oil and Gas Statistics Table 15, available at https://www.blm.gov/sites/blm.gov/files/Table15_Oil_and_Gas_Lease_Sales_FY2017.pdf.

12. Alliance members' business and development plans rely on the regulatory and procedural certainty afforded by BLM laws, regulations, policies and procedures concerning the leasing of federal minerals. Once lease sales are noticed, Alliance members allocate financial and personnel resources to evaluating leases. Disrupting these procedures in the federal oil and gas leasing process harms the Alliance and its members.

13. Alliance member companies face significant harm from this Motion for Preliminary Injunction because Plaintiffs' requested relief would jeopardize millions of dollars spent preparing for lease sales, lost opportunity costs associated with invested capital sitting idle, future exploration and development plans tied to existing leases, and the federal lease sale process.

14. Furthermore, the public would be harmed by Plaintiffs' requested relief.  Federal, state and local governments rely on the hundreds of millions of dollars spent at oil and gas competitive lease sales, and the revenue and jobs created by oil and natural gas development on the federal mineral estate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 10, 2018 in Denver, Colorado.

_____
Kathleen Sgamma