IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>RYAN K. ZINKE, Secretary of the Interior, *et al.*,<br><br>      Defendants. | Case No. 1:18-cv-00187-REB<br><br>**DECLARATION OF STEVE WELLS** |

I, Steve Wells, in accordance with the requirements of 28 U.S.C. § 1746, declare:

1.      I am currently employed by the United States Department of the Interior, Bureau of Land Management (BLM), Washington Office, as Division Chief for the Division of Fluid Minerals, a position that I have held since April 2011.

2.      In my role as Division Chief, I oversee the work between the BLM Washington Office Fluid Minerals Division and the BLM state offices, and am familiar with the processes the state offices are using to prepare for upcoming September 2018 and December 2018 competitive oil and gas lease sales, and the implementation of the policy described in BLM Instruction Manual (IM) 2018-034.

3.      Together with our staff leasing specialists, I have obtained information from BLM state offices about the details of the schedules for the September 2018 and December 2018 lease sales. The BLM state offices identified below are considering offering parcels for lease, for potential exploration and development of oil and gas, in the September 2018 lease sale, the December 2018 lease sale, or both. The following tables contain information, by state office, about the parcels being considered, scoping and comment schedule (including start date for each scoping

1

or comment period, if any), National Environmental Policy Act (NEPA) documentation, comments received from the Center for Biological Diversity (CBD) or Western Watersheds Project (WWP), and Notice of Competitive Oil and Gas Lease Sale (NCLS) posting date (initiating a 10-day protest period) for each remaining quarterly lease sale in calendar year 2018. Dates later than the date of this declaration are approximate.

a. Arizona

| Sale date | September 6, 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 3 (4,100 acres) | 0 |
| NEPA compliance | DNA (referencing resource management plan (RMP) environmental impact statement (EIS)) | |
| Public scoping | No | |
| Public comment | No | |
| NCLS posting date | July 23, 2018 | -- |

b. Colorado

| Sale date | September 6, 2018 | December 7, 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 20 (8,160 acres) | 227 (235,810 acres) |
| NEPA compliance | EA | EA (2) DNA (2)(referencing RMP and RMP amendment EISs) |
| Public scoping | 30 days (Dec. 4, 2017) | 15 days (EAs) (July 19, 2018) (CBD commented) |
| Public comment | 15 days (March 22, 2018) (CBD commented) | 15 days (EAs) (Aug 20, 2018) |
| NCLS posting date | July 20, 2018 | Oct. 22, 2018 |

c. Idaho

| Sale date | September 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 1 (836 acres) | 0 (unless Sept. parcel delayed) |
| NEPA compliance | In process | |
| Public scoping | | |
| Public comment | | |

2

| NCLS posting date | Uncertain (sale quarter uncertain) | -- |

d.     Montana/Dakotas

| Sale date | September 11, 2018 | December 11, 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 27 (13,712 acres) | 119 (76,791 acres) |
| NEPA compliance | DNA (SD) (referencing RMP EIS), EA (ND) | EA |
| Public scoping | 15 days (ND and SD) (February 6, 2018) | 15 days (July 6, 2018) (CBD commented) |
| Public comment | No (SD) 15 days (ND) (April 3, 2018) (no CBD or WWP comments) | 15 days (Aug. 10, 2018) |
| NCLS posting date | July 20, 2018 | Oct. 22, 2018 |

e.     New Mexico

| Sale date | September 5-6, 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 142 (50,797 acres) | 131 (98,795 acres) |
| NEPA compliance | EA | EA |
| Public scoping | 2 weeks (April 9, 2018) (no CBD or WWP comments) | 2 weeks (July 9, 2018) (CBD commented) |
| Public comment | No | No |
| NCLS posting date | July 23, 2018 | Oct. 22, 2018 |

f.     Nevada

| Sale date | September 11, 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 144 (292,545 acres) | 141 (208,159 acres) |
| NEPA compliance | DNA (referencing RMP and RMP amendment EISs and lease sale EAs) | EA (1) DNA (1) (referencing RMP and RMP amendment EISs) |
| Public scoping | No (previous EA had scoping; CBD commented) | No |
| Public comment | No | 30 days (Aug.10, 2018) |
| NCLS posting date | July 27, 2018 | Oct. 26, 2018 |

3

g.  Utah

| Sale date | September 11, 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 109 (204,172 acres) | 225 (329,826 acres) |
| NEPA compliance | EA (3) | EAs (4) DNAs (2) (referencing RMP and RMP amendment EISs) |
| Public scoping | 15 days (1 EA: Price/Richfield) (March 30, 2018) (CBD and WWP commented) | 15 days (EAs and DNAs) (July 16, 2018) (CBD and WWP commented) |
| Public comment | 15 days (2 EAs: Salt Lake, Fillmore) (March 30, 2018) (CBD and WWP commented) | No |
| NCLS posting date | July 26, 2018 | Oct. 25, 2018 |

h.  Wyoming

|  | September 18-20, 2018 | December 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 350 (355,819 acres) | 702 (1,040,818 acres) |
| NEPA compliance | EA (3) | EA |
| Public scoping | No | No |
| Public comment | 30 days (2 EAs: High Plains and Wind River/Bighorn Basin Districts) (Jan. 23, 2018) (CBD and WWP commented) 2 weeks (1 EA: statewide) (May 24, 2018) (CBD and WWP commented) | 2 weeks (August 24, 2018) |
| NCLS posting date | Aug. 1, 2018 | Oct. 24, 2018 |

i.  Eastern States

|  | September 20, 2018 | December 13, 2018 |
|---|---|---|
| Number of parcels (approx. acreage) | 18 (3,195 acres) | 14 (3,000 acres) |
| NEPA compliance | EA (MI, 8 parcels) DNA (OH, 2 parcels) (referencing RMP EIS) EA (AR, 8 parcels) | EA (3) (1 MI, 2 MS) |
| Public scoping | No | No |
| Public comment | 30 days | 30 days (May 30, 2018 (MI); |

4

|  | (May 31, 2018 (MI)) (Aug. 7, 2017 (OH)) (CBD commented) (Nov. 16, 2017 (AR)) | May 17, 2018 and July 31, 2018 (MS)) |
|---|---|---|
| NCLS posting date | Aug. 6, 2018 | Oct. 29, 2018 |

4.   BLM has devoted significant resources to preparing for the September lease sales: BLM state offices have reviewed expressions of interest and internal proposals, checked land status, and identified appropriate parcels for consideration; and BLM offices have prepared NEPA compliance documentation, and have reviewed and integrated scoping comments and public comments on documents, as appropriate. BLM has begun this work for the December lease sales.

5.   In late July and early August 2018, BLM posted a notice of competitive lease sale for each state office that plans to hold a lease sale in September 2018. These notices informed potential lessees and other members of the public about the parcels that BLM proposes to offer for lease. This notice allows potential lessees to prepare to make business decisions about whether to bid on particular lease parcels, and provides other interested persons an opportunity to protest the offering of any parcel, and the reasons for any such protest. Delaying the September lease sale would cause business uncertainty and disrupt those planning and protest efforts, and result in a waste of the associated private resources.

6.   If BLM were to postpone the September 2018 oil and gas lease sales to allow for additional—or longer—comment periods, or longer protest periods, BLM state offices would have to post amendments to their notices of competitive lease sales and issue press releases to inform the public of the postponements and announce the new comment and protest periods. BLM also would have to coordinate the rescheduling of the lease sales with EnergyNet, the BLM auction provider. BLM offices would have to expend additional time reviewing and integrating

responses to the new public comments, as appropriate. Any resulting changes to a state office's sale list would require amendment of its sale notice. Conducting new comment periods could be particularly confusing to the public when BLM has already posted sale notices. In addition, some BLM state offices may have already issued protest decisions; a postponement would lead to procedural uncertainty about the finality of those decisions.

7. If BLM were to postpone the December 2018 oil and gas lease sales to allow for additional—or longer—comment periods, or longer protest periods, BLM state offices would have to develop and post updated schedules for those sales. BLM offices also may have to expend more time reviewing and responding to comments than they would under the current schedule.

8. Alternatively, if BLM were to extend the protest period for the September or December 2018 lease sales without changing the lease sale dates, BLM still would have to amend any posted sale notices and publish press releases to inform the public of the extension of the protest period. BLM would have less time to respond to protests prior to the lease sales. BLM does not issue leases until associated protests are resolved, so delayed protest responses create financial and operational uncertainty for the winning bidders in cases where the sale proceeds before protests are resolved.

9. Among the parcels that BLM considers for leasing are parcels that are at risk of drainage due to oil and gas development and production on adjacent lands. "Drainage" is defined in 43 C.F.R. § 3160.0-5 as "the migration of hydrocarbons . . . or associated resources caused by production from other wells." Drainage of unleased lands by nearby non-federal wells results in the loss of royalty compensation to the United States for production of federally-owned minerals. Many such parcels—particularly those under consideration prior to 2018, when BLM was

operating under a rotating lease sale schedule—have undergone lengthy review periods; delaying decisions to lease parcels that are at risk of drainage exacerbates the financial loss to the United States and contravenes BLM's policy to encourage the orderly development of Federal onshore oil and gas resources.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on August 10, 2018, in Washington, D.C.

/s/ Steve Wells

Steve Wells