Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
mike.robinson@wyo.gov

Paul A. Turcke (ISB No. 4759)
MSBT Law
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1807 (phone)
pat@msbtlaw.com

*Attorneys for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs, <br><br> v. <br><br> RYAN ZINKE, Secretary of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, <br><br> Defendants, <br><br> STATE OF WYOMING, and WESTERN ENERGY ALLIANCE, <br><br> Intervenor-Defendants. | Case No. 1:18-cv-00187-REB <br><br> **INTERVENOR-DEFENDANT STATE OF WYOMING'S ANSWER TO PLAINTIFFS' COMPLAINT** |

ANSWER TO PLAINTIFFS' COMPLAINT - Page 1

Pursuant to Federal Rule of Civil Procedure 24(c), Intervenor-Defendant State of Wyoming respectfully submits this Answer to Plaintiffs' Complaint in the above-captioned litigation and asserts the State's affirmative defenses as follows:

1. Wyoming admits the allegations in the following: Paragraphs 15 through 17, Paragraph 24.

2. Wyoming denies the allegations in the following: Paragraph 59, Paragraph 121 through the first sentence of Paragraph 123, Paragraphs 129 through 136, Paragraph 138, the second sentence of Paragraph 141, Paragraphs 142 and 143, Paragraph 147, Paragraphs 156 and 157, the fourth sentence of Paragraph 175, the second sentence of Paragraph 242, Paragraph 250, the second sentence of Paragraph 257, the second sentence of Paragraph 260, the second sentence of Paragraph 262, Paragraph 263, the second sentence of Paragraph 264, Paragraph 275, Paragraphs 282 through 284, Paragraphs 291 through 293, Paragraphs 304 through 307, Paragraphs 315 through 318, Paragraphs 322 through 325, Paragraphs 330 and 331.

3. The allegations in the following purport to characterize Plaintiffs' case or are conclusions of law: Paragraph 1, the second Sentence of Paragraph 9, Paragraphs 10 and 11, the second clause of the last sentence of Paragraph 12, the first and fourth sentences of Paragraph 13, Paragraph 14, Paragraph 60, Paragraph 73, Paragraph 78, the second sentence of Paragraph 84, Paragraph 85, Paragraph 92, Paragraph 104, Paragraphs 108 through 112, Paragraphs 125 and 126, Paragraph 144 and 145, Paragraphs 148 and 149, Paragraph 155, Paragraph 166, Paragraph 176, Paragraph 181, Paragraph 196, Paragraph 208, the second and fourth sentences of Paragraph 224, Paragraph 226, second sentence of Paragraph 229, Paragraph 238, the first sentence of Paragraph 262, Paragraph 286, Paragraph 288, Paragraph 295, Paragraph 309, Paragraph 320, Paragraph 327.

Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations.

4. The allegations in the following purport to characterize a document or the contents derived from a document that speaks for itself and is therefore the best evidence of its content: Paragraphs 2 through 8, the first sentence of Paragraph 9, the first two sentences and the first clause of the last sentence of Paragraph 12, the second and third sentences of Paragraph 13, Paragraph 18, Paragraphs 25 through 58, Paragraphs 61 through 72, Paragraphs 74 through 77, Paragraph 79 through the first sentence of Paragraph 84, Paragraphs 86 through 91, Paragraphs 93 through 103, Paragraphs 105 through 107, Paragraphs 113 through 120, the second sentence of Paragraph 123, Paragraph 124, Paragraphs 127 and 128, Paragraph 137, Paragraph 139 through the first sentence of Paragraph 141, Paragraph 146, Paragraphs 150 through 154, Paragraphs 158 through 165, Paragraph 167 through the third sentence of Paragraph 175, Paragraphs 177 through 180, Paragraphs 182 through 195, Paragraphs 197 through 207, Paragraph 209 through the first and third sentences of Paragraph 224, Paragraph 225, Paragraph 227 through first sentence of Paragraph 229, Paragraphs 230 through 237, Paragraph 239 through the first sentence of Paragraph 242, Paragraphs 243 through 249, Paragraph 251 through the first sentence of Paragraph 257, Paragraph 258 through first sentence of Paragraph 260, Paragraph 261, the first sentence of Paragraph 264, Paragraphs 265 through 274, Paragraphs 277 through 281, Paragraphs 289 and 290, Paragraphs 296 through 303, Paragraphs 310 through 314, Paragraph 321, Paragraphs 328 and 329. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations.

5.   Wyoming is without information sufficient to form a belief as to the truth of the allegations in: Paragraphs 19 through 23. Accordingly, no response is required. To the extent a response is required, Wyoming denies the allegations.

6.   The allegations in Paragraphs 276, 285, 294, 308, 319, 326 merely incorporate by reference previously-stated allegations, therefore no response is required. To the extent a response is required, Wyoming denies the allegations.

7.   There is no Paragraph 287, therefore no response is required. To the extent a response is required, Wyoming denies the allegation.

## AFFIRMATIVE DEFENSES

1.   Failure to state a claim upon which relief can be granted.

2.   Wyoming incorporates by reference any defenses the federal defendants may assert.

3.   Wyoming reserves the right to identify additional defenses.

Dated this 21st day of August, 2018.

THE STATE OF WYOMING

/s/ Michael M. Robinson
Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
mike.robinson@wyo.gov

/s/ Paul A. Turcke
Paul A. Turcke (ISB No. 4759)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
(208) 331-1202 (fax)
pat@msbtlaw.com

*Attorneys for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Laurence J. Lucas<br>llucas@advocateswest.org | John S. Most<br>john.most@usdoj.gov |
| Talasi B. Brooks<br>tbrooks@advocateswest.org | Luther L. Hajek<br>luke.hajek@usdoj.gov |
| Todd C. Tucci<br>ttucci@advocateswest.org | Bret A. Sumner<br>bsumner@bwenergylaw.com |
| Sarah Stellberg<br>sstellberg@advocateswest.org | |

/s/ Michael M. Robinson
Michael M. Robinson