Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul A. Turcke, ISB #4759
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

Attorneys for Defendant- Intervenor Western Energy Alliance.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*,<br><br>     Plaintiffs,<br><br>v.<br><br>**RYAN K. ZINKE,** Secretary of the Interior, *et al.*,<br><br>     Defendants,<br><br>**WESTERN ENERGY ALLIANCE**,<br><br>     Defendant-Intervenor. | Case No. 1:18-cv-00187-REB<br><br>**DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO MOTION FOR PRELIMINARY INJUNCTION [DKT. 30]** |

## INTRODUCTION

Defendant-Intervenor Western Energy Alliance (Alliance) respectfully moves the Court for leave to file the accompanying Defendant-Intervenor Western Energy Alliance's Sur-Reply to Motion for Preliminary Injunction [Dkt. 30] to address new evidence raised by Plaintiffs' in their Reply Brief in Support of Motion for Preliminary Injunction [Dkt. 63], including

supplemental declarations. The Proposed Sur-reply to Motion for Preliminary Injunction is submitted herewith as Attachment 1.

## STANDARD OF REVIEW

A sur-reply is proper when a party had no opportunity to respond to new material. *Adams v. U.S.*, No. 03-cv-49-E-BLW, 2009 WL 982034, *4 (D. Idaho Apr. 9. 2009). "Where new evidence is presented in a reply to a motion for summary judgment, the district court should not consider the new evidence without giving the [non-]movant an opportunity to respond." *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996) (citation omitted).

## ARGUMENT

This Court should grant the Alliance's leave to file the proposed sur-reply because Plaintiffs raised new evidence in their reply brief that they did not previously present, and which Defendant-Intervenors have had no opportunity to address. Specifically, Plaintiffs attached supplemental declarations to their Reply [Dkt. 63-1; 63-2; 63-3] from members alleging new facts to support their alleged harms, mischaracterized previous notice-and-comment by failing to include notice and comment submitted by Plaintiffs on for the upcoming lease sales, and raised new assertions of harms to non-parties to this matter. The proposed Sur-reply Brief is necessary to ensure the Court has accurate and full facts in resolving the Motion for Preliminary Injunction, and to allow the Alliance a full and fair opportunity to address additional facts and arguments regarding the balance of harms raised for the first time in Plaintiffs' Reply.

WHEREFORE, good cause existing, the Alliance respectfully prays that the Court grant this motion and allow it to file Defendant-Intervenor Western Energy Alliance's Sur-Reply to Motion for Preliminary Injunction, submitted as Attachment 1.

Respectfully submitted this 31st day of August, 2018.

*/s Bret Sumner*
Bret Sumner
*Pro Hac Vice*

*/s/ Paul Turcke*
Paul Turcke


*Counsel for Defendant-Intervenor Western Energy Alliance*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I caused the foregoing DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S MOTION FOR LEAVE TO FILE SUR-REPLY TO MOTION FOR PRELIMINARY INJUNCTION [DKT. 30] to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

John S. Most
john.most@usdoj.gov

Luther L. Hajek
luke.hajek@usdoj.gov

Erik Petersen
erik.petersen@wyo.gov

Mike Robinson
mike.robinson@wyo.gov

*/s/ Bret Sumner*