# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

**(X) Preliminary Injunction Hearing**

| | |
|---|---|
| Judge: RONALD E. BUSH | Deputy Clerk/ESR: Lynette C. Case |
| Date: SEPTEMBER 6, 2018 | CV. 18-187-S-REB |
| (Boise, Idaho) | 10am-12:30 pm |

**WESTERN WATERSHEDS PROJECT,** et al,   Laird Lucas/Sarah Stellberg,
                Plaintiffs,            Attorneys for Plaintiffs

vs.

**ZINKE,** et al,                      Luther Hajek-Fed Def.,
                                       Mike Robinson-State of Wyoming
                                       Bret Sumner/Mike Cross-WEA
           Defendants.                 Attorney for Defendants.

Court reviewed the record and heard argument from counsel.

**PENDING MOTIONS:**
1) WWP Motion for Preliminary Injunction (Doc. 30): Under Advisement.

WEA presented BLM 9/2015 Management Plan/illustrative exhibit in power point.
WEA Exh. 1- Chrono/ illustrative only (handed out today)
WEA Exh. 2-Greater Sage Grouse stips/ illustrative only (handed out today)
WEA illustrative Graph in power point.

2) WEA Motion to File Sur-Reply (Doc. 65): Granted.

Court shall enter an Order in due course.