Laurence ("Laird") J. Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Talasi B. Brooks (ISB # 9712)
tbrooks@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, <br><br> *Plaintiffs*, <br> v. <br><br> RYAN K. ZINKE, Secretary Of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, <br><br> *Defendants,* <br><br> STATE OF WYOMING, and WESTERN ENERGY ALLIANCE, <br><br> *Defendant-Intervenors.* | Case No. 1:18-cv-187-REB <br><br> **STIPULATED SUPPLEMENT TO PROPOSED LITIGATION PLAN** |

During the scheduling conference conducted on October 30, 2018, the Court requested

that the parties confer and seek agreement on a schedule for production of the Phase Two

STIPULATED SUPPLEMENT TO PROPOSED LITIGATION PLAN -- 1

administrative records. The parties, having conferred, respectfully submit the following joint proposal for the court's consideration:

- Federal Defendants shall produce the administrative record for IM 2018-026 on or before **March 1, 2019.**

- Federal Defendants shall produce the administrative record for Normally Pressured Lance on or before **April 17, 2019**.

- Federal Defendants shall produce the Interior Board of Land Appeals (IBLA) case file for Normally Pressured Lance when it is prepared.

- The parties will continue to meet and confer to identify which final actions will be litigated in Phase Two and shall propose a schedule for production of the remaining Phase Two administrative records on or before **February 5, 2019.**

Dated this 5th day of November, 2018.

Respectfully submitted,

*/s/ Sarah Stellberg*
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
Talasi B. Brooks (ISB #9712)
Sarah Stellberg (ISB #10538)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
Tel: (208) 342-7024; Fax: (208) 342-8286

**Attorneys for Plaintiffs**

STIPULATED SUPPLEMENT TO PROPOSED LITIGATION PLAN -- 2

| | |
|---|---|
| BART M. DAVIS (ISB # 2696<br>United States Attorney<br>CHRISTINE ENGLAND, CA Bar # 261501<br>Assistant United States Attorney<br>District of Idaho<br>Washington Group Plaza IV<br>800 East Park Boulevard, Suite 600<br>Boise, Id 83712-7788<br>Tel: (208) 334-1211; Fax: (208) 334-1414<br><br>JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>JOHN S. MOST, Virginia Bar No. 27176<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>P.O. Box 7611<br>Washington, DC 20044<br>Tel: (202) 724-7386; Fax: (202) 526-6665<br><br>*/s/ Luke Hajek*<br>LUTHER L. HAJEK, CO Bar No. 44303<br>U.S. Department of Justice<br>Environment & Natural Resources Division<br>Natural Resources Section<br>999 18th Street<br>South Terrace, Suite 370<br>Denver, CO 80202<br>Tel: (303) 844-1376; Fax: (303) 844-1350<br>Luke.Hajek@usdoj.gov<br><br>***Attorneys for Defendants*** | */s/ Bret Sumner*<br>Bret Sumner, *Pro Hac Vice*<br>Malinda Moran, *Pro Hac Vice*<br>BEATTY & WOZNIAK, P.C.<br>216 Sixteenth St., Suite 1100<br>Denver, CO 80202-5115<br>Tel: 303-407-4499; Fax: 800-886-6566<br>bsumner@bwenergylaw.com<br><br>*/s/ Paul Turke*<br>Paul A. Turcke (ISB No. 4759)<br>MSBT Law, Chtd.<br>7699 West Riverside Drive<br>Boise, ID 83714<br>Tel: (208) 331-1800; Fax: (208) 331-1202<br>pat@msbtlaw.com<br><br>***Attorneys for Western Energy Alliance***<br><br>*/s/ Mike Robinson*<br>Michael M. Robinson, WSB No. 6-2658<br>Erik E. Petersen, WSB No. 7-5608<br>Senior Assistant Attorneys General<br>Wyoming Attorney General's Office<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br><br>*/s/ Paul Turke*<br>Paul A. Turcke (ISB No. 4759)<br>MSBT Law, Chtd.<br>7699 West Riverside Drive<br>Boise, ID 83714<br>(208) 331-1800 (phone)<br>(208) 331-1202 (fax)<br>pat@msbtlaw.com<br><br>***Attorneys for the State of Wyoming*** |

STIPULATED SUPPLEMENT TO PROPOSED LITIGATION PLAN -- 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of November 2018, I electronically filed the foregoing STIPULATED SUPPLEMENT TO PROPOSED LITIGATION PLAN with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons who are counsel for opposing parties in this matter:

**Counsel for Federal Defendants**

John Shaughnessy Most
U.S. Dept. of Justice
john.most@usdoj.gov

Luther L. Hajek
U.S. Dept. of Justice
luke.hajek@usdoj.gov

Christine Gealy England
christine.england@usdoj.gov

**Counsel for Defendant-Intervenors Western Energy Alliance and State of Wyoming**

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K Cross
mcross@bwenergylaw.com

Paul A. Turcke
pat@msbtlaw.com

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

**Counsel for Proposed Defendant-Intervenor Jonah Energy LLC**

Ausey H Robnett, III
arobnett@LCLattorneys.com

Kathleen C Schroder
katie.schroder@dgslaw.com

Gail L Wurtzler
gail.wurtzler@dgslaw.com

                                                  */s/  Sarah Stellberg*