Paul A. Turcke (ISB No. 4759)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
(208) 331-1202 (fax)
pat@msbtlaw.com

Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-6946 (phone)
(307) 777-3542 (fax)
erik.petersen@wyo.gov
mike.robinson@wyo.gov

*Attorneys for the State of Wyoming*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 1:18-cv-00187-REB |
| Plaintiffs, | |
| v. | |
| RYAN ZINKE, Secretary of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, | **STATE OF WYOMING'S MOTION TO DISMISS OR IN THE ALTERNATIVE TO TRANSFER** |
| Defendants, | |
| STATE OF WYOMING, and WESTERN ENERGY ALLIANCE, | |
| Intervenor-Defendants. | |

Pursuant to Federal Rule of Civil Procedure 12(b)(3), the State of Wyoming hereby moves to dismiss all claims in the First Amended Complaint (Dkt. No. 78) challenging the Normally

Pressured Lance Natural Gas Project. In the alternative, Wyoming moves for transfer of those claims to the District Court for the District of Wyoming under 28 U.S.C. § 1404(a). In support of these motions, Wyoming offers the attached Memorandum in Support and the Declaration of Bob Budd.

The State of Wyoming respectfully requests that this Court grant the State's motion to dismiss, or in the alternative, the motion to transfer.

Dated this 16th day of November, 2018.

                THE STATE OF WYOMING

                /s/ Michael M. Robinson
                Erik E. Petersen, WSB No. 7-5608
                Michael M. Robinson WSB No. 6-2658
                Senior Assistant Attorneys General
                Wyoming Attorney General's Office
                2320 Capitol Avenue
                Cheyenne, WY 82002
                (307) 777-6946 (phone)
                (307) 777-3542 (fax)
                erik.petersen@wyo.gov
                mike.robinson@wyo.gov

                /s/ Paul A. Turcke
                Paul A. Turcke (ISB No. 4759)
                MSBT Law, Chtd.
                7699 West Riverside Drive
                Boise, ID 83714
                (208) 331-1800 (phone)
                (208) 331-1202 (fax)
                pat@msbtlaw.com

                *Attorneys for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2018, I caused the foregoing to be electronically filed with the Court using the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
llucas@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Christine G. England
Christine.england@usdoj.gov

Ausey H. Robnett, III
arobnett@LCLattorneys.com

Gail L. Wurtzler
Gail.wurtzler@dgslaw.com

John S. Most
john.most@usdoj.gov

Luther L. Hajek
luke.hajek@usdoj.gov

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

Kathleen C. Schroder
katie.schroder@dgslaw.com

  /s/ Michael M. Robinson
Michael M. Robinson