BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (206) 724-7386; Fax: (206) 526-6665
E-mail: John.Most@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>      Plaintiffs,<br><br>      vs.<br><br>RYAN K. ZINKE, Secretary of the Interior, *et al.*,<br>      Defendants. | Case No. 1:18-cv-00187-REB<br><br>**DEFENDANTS' RESPONSE TO PROPOSED INTERVENOR-DEFENDANT JONAH ENERGY LLC'S MOTION TO INTERVENE** |

Defendants Ryan Zinke, Secretary of the Interior, *et al.* do not oppose Proposed

Intervenor-Defendant Jonah Energy LLC's Motion to Intervene (ECF No. 85).

Respectfully submitted this 16th day of November, 2018,

> BART M. DAVIS, Idaho Bar No. 2696
> United States Attorney
>
> CHRISTINE G. ENGLAND, California Bar No. 261501
> Assistant United States Attorney
> District of Idaho
> Washington Group Plaza IV
> 800 East Park Boulevard, Suite 600
> Boise, Id 83712-7788
> Telephone: (208) 334-1211
> Facsimile:   (208) 334-1414
> E-mail: Christine.England@usdoj.gov
>
> JEAN E. WILLIAMS
> Deputy Assistant Attorney General
>
> JOHN S. MOST, Virginia Bar No. 27176
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611
> Washington, DC 20044
> Tel: (206) 724-7386; Fax: (206) 526-6665
> E-mail: John.Most@usdoj.gov
>
>
> */s/ Luther L. Hajek*_____
> LUTHER L. HAJEK, Colorado Bar No. 44303
> U.S. Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> 999 18th Street
> South Terrace, Suite 370
> Denver, CO 80202
> Tel: (303) 844-1376; Fax: (303) 844-1350
> E-mail: Luke.Hajek@usdoj.gov
>
> *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2018, I filed a copy of the foregoing Defendants' Response to Proposed Intervenor-Defendant Jonah Energy LLC's Motion to Intervene through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

Counsel for Proposed Intervenor-Defendant Jonah Energy LLC

Ausey H. Robnett III
arobnett@LCLattorneys.com

Defendants' Response to Jonah Energy LLC's
Motion to Intervene                                                    2

Kathleen C. Schroder
katie.schroeder@dgslaw.com

/s/ Luther L. Hajek
Luther L. Hajek