BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (206) 724-7386; Fax: (206) 526-6665
E-mail: John.Most@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>RYAN K. ZINKE, Secretary of the Interior, *et al.*,<br><br>      Defendants. | Case No. 1:18-cv-00187-REB<br><br>**DEFENDANTS' MOTION TO DISMISS FOR IMPROPER VENUE OR, IN THE ALTERNATIVE, TO SEVER AND TRANSFER PLAINTIFFS' CLAIMS CHALLENGING THE NORMALLY PRESSURED LANCE PROJECT** |

Defendants Ryan Zinke, Secretary of the Interior, *et al.* respectfully move, pursuant to Federal Rule of Civil Procedure 12(b)(3), to dismiss the Seventh Claim for Relief in Plaintiffs' First Amended Complaint (ECF No. 78) for lack of proper venue under 28 U.S.C. § 1391(e). In the alternative, Defendants move to transfer the Seventh Claim for Relief to the District of Wyoming pursuant to 28 U.S.C. § 1404(a). The grounds for this motion are set forth in the attached memorandum in support.

Respectfully submitted this 16th day of November, 2018,

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Telephone: (208) 334-1211
Facsimile:   (208) 334-1414
E-mail: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (206) 724-7386; Fax: (206) 526-6665
E-mail: John.Most@usdoj.gov

/s/ Luther L. Hajek
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section

Defendants' Motion to Dismiss or Transfer Plaintiffs'
Claims Regarding the Normally Pressured Lance Project                                               1

        999 18th Street
        South Terrace, Suite 370
        Denver, CO 80202
        Tel: (303) 844-1376; Fax: (303) 844-1350
        E-mail: Luke.Hajek@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of November, 2018, I filed a copy of the foregoing Defendants' Motion to Dismiss for Improper Venue or, in the Alternative to Sever and Transfer, Plaintiffs' Claims Regarding the Normally Pressured Lance Project, Memorandum in Support, and supporting declaration electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity</u>

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

<u>Counsel for Intervenor-Defendant State of Wyoming</u>

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

<u>Counsel for Intervenor-Defendant Western Energy Alliance</u>

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

Counsel for Proposed Intervenor-Defendant Jonah Energy LLC

Ausey H. Robnett III
arobnett@LCLattorneys.com

Kathleen C. Schroder
katie.schroeder@dgslaw.com

                                                            /s/ Luther L. Hajek
                                                            Luther L. Hajek