Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
Malinda Morain, *Pro Hac Vice*
mmorain@bwenergylaw.com
Michael Cross, *Pro Hac Vice*
mcross@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul A. Turcke, ISB # 4759
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202

Attorneys for Defendant- Intervenor Western Energy Alliance.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **RYAN K. ZINKE,** Secretary of the Interior, *et al*., <br><br> Defendants, <br><br> **WESTERN ENERGY ALLIANCE**, <br><br> Defendant-Intervenor. | Case No. 1:18-cv-00187-REB <br><br> **DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT** |

Defendant-Intervenor Western Energy Alliance (Alliance) moves to dismiss Western Watersheds Project and Center for Biological Diversity's (collectively, Plaintiffs) Seventh Claim for Relief in Plaintiffs' First Amended Complaint.

1

In their First Amended Complaint [Doc. 78], Plaintiffs request that the Court declare the Normally Pressured Lance Natural Gas Development Project violated Final Environmental Impact Statement (FEIS) and Record of Decision (ROD) unlawful under the Federal Land Policy and Management Act, the National Environmental Policy Act, and/or the Administrative Procedures Act, and reverse and set aside the FEIS and ROD. Doc. 78 at 121. On November 16, 2018, Federal Defendants moved to dismiss the Seventh Claim for Relief for lack of proper venue, or in the alternative, to sever and transfer the claim to the District of Wyoming.

The Alliance hereby adopts and incorporates the arguments set forth by Federal Defendants, Defendant-Intervenor State of Wyoming, and Proposed-Defendant-Intervenor Jonah Energy LLC in their Motions to Dismiss [Docs. 96, 97, and 99].

For the reasons outlined in the above-referenced Motions to Dismiss, Defendant-Intervenor Alliance respectfully moves the Court to dismiss Plaintiffs' Seventh Claim for Relief with prejudice or, in the alternative, to transfer those claims to the District Court for the District of Wyoming, and to grant such further relief as this Court deems just and proper.

Respectfully submitted this 16th day of November 2018.

/s/ Bret Sumner
Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul Turcke
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800

Fax: 208-331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor Western Energy Alliance*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of November 2018, I served a true and correct copy of the foregoing **DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S MOTION TO DISMISS AND MEMORANDUM IN SUPPORT** via the Court's electronic case filing system which will cause the foregoing to be served upon all counsel of record.

*/s/ Bret Sumner*
Bret Sumner