Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
Malinda Morain, *Pro Hac Vice*
mmorain@bwenergylaw.com
Michael Cross, *Pro Hac Vice*
mcross@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul A. Turcke, ISB # 4759
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202

Attorneys for Defendant- Intervenor Western Energy Alliance.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **RYAN K. ZINKE,** Secretary of the Interior, *et al*., <br><br> Defendants, <br><br> **WESTERN ENERGY ALLIANCE**, <br><br> Defendant-Intervenor. | Case No. 1:18-cv-00187-REB <br><br> **DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S RESPONSE TO PROPOSED INTERVENOR-DEFENDANT JONAH ENERGY LLC'S MOTION TO INTERVENE** |

Defendant-Intervenor Western Energy Alliance does not oppose Proposed Intervenor-Defendant Jonah Energy LLC's Motion to Intervene (ECF No. 85).

1

Respectfully submitted this 19th day of November 2018.

/s/ *Malinda Morain*
Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
Malinda Morain, *Pro Hac Vice*
mmorain@bwenergylaw.com
Michael Cross, *Pro Hac Vice*
mcross@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Paul Turcke
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: pat@msbtlaw.com

*Attorneys for Defendant-Intervenor Western Energy Alliance*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of November 2018, I served a true and correct copy of the foregoing **DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S RESPONSE TO PROPOSED INTERVENOR-DEFENDANT JONAH ENERGY LLC'S MOTION TO INTERVENE** via the Court's electronic case filing system which will cause the foregoing to be served upon all counsel of record.

*/s/ Malinda Morain*
Malinda Morain