Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Talasi B. Brooks (ISB # 9712)
tbrooks@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiffs*,<br><br>v.<br><br>RYAN K. ZINKE, Secretary of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>*Defendants,*<br><br>STATE OF WYOMING, and WESTERN ENERGY ALLIANCE,<br><br>*Intervenor-Defendants*. | Case No. 1:18-cv-00187-REB<br><br>**PLAINTIFFS' RESPONSE TO PROPOSED INTERVENOR-DEFENDANT JONAH ENERGY LLC'S MOTION TO INTERVENE [ECF NO. 85]** |

Plaintiffs Western Watersheds Project (WWP) and Center for Biological Diversity (CBD)

respectfully submit this response to Jonah Energy, LLC's ("Jonah Energy") Motion to Intervene

(ECF No. 85). Plaintiffs do not object to Jonah Energy's request for intervention as to the First, Second, Third, and Seventh Claims, but request that the Court limit Jonah Energy's intervention to such claims as they apply to the Normally Pressured Lance (NPL) project.

Under Federal Rule of Civil Procedure 24, this Court may properly limit the scope of intervention based on the nature of the intervenor's interest. *See Portland Audubon Soc. v. Hode*l, 866 F.2d 302, 309 (9th Cir. 1989) (affirming the district court's decision to grant intervention on some of plaintiffs' claims but not others), abrogated on other grounds by *Wilderness Soc. v. U.S. Forest Serv.*, 630 F.3d 1173 (9th Cir. 2011); *see also United States v. A. Fla. Water Mgmt. Dist.*, 922 F.2d 704, 707 & n. 4 (11th Cir. 1991) ("A nonparty may have a sufficient interest for some issues in a case but not others, and the court may limit intervention accordingly."); *Harris v. Pernsley*, 820 F.2d 592, 599 (3d Cir. 1987) ("Given the nature of an applicant's interest, he or she may have a sufficient interest to intervene as to certain issues in an action without having an interest in the litigation as a whole."); *United States v. American Telephone & Telegraph Co.*, 642 F.2d 1285, 1291 (D.C. Cir. 1980) (discussing with approval the rule that "intervention for individual issues . . . [may be] appropriate to protect particular interests, with the limited nature of the intervenor's interest determining the scope of the intervention that should be allowed").

The Court should restrict Jonah Energy's intervention to the particular issues for which it has established the requisite interest. Jonah Energy asserts a narrow interest "in the defense of the NPL project" against Plaintiffs' First, Second, Third, and Seventh claims for relief. *See* ECF No. 85-1 at 6; ECF No. 85 at 2. Jonah Energy does claim any interest in the Fourth, Fifth, and Sixth Claims, or in the other final agency actions identified in Plaintiffs' First Amended Complaint. ECF No. 50 at 2, n.1.

PLAINTIFFS' RESPONSE TO JONAH ENERGY LLC'S MOTION TO INTERVENE - 2

Accordingly, Plaintiffs do not object to Jonah Energy's Motion to Intervene as to Plaintiffs' First, Second, Third, and Seventh Claims insofar as they apply to the NPL project. To the extent that Jonah Energy seeks more expansive participation in this case, the Court should deny the motion.

Dated: November 19, 2018                Respectfully submitted.

/s/   Sarah Stellberg
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
Talasi B. Brooks (ISB #9712)
Sarah Stellberg (ISB #10538)

Attorneys for Plaintiffs

PLAINTIFFS' RESPONSE TO JONAH ENERGY LLC'S MOTION TO INTERVENE - 3

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2018, I electronically filed the foregoing PLAINTIFFS' RESPONSE TO PROPOSED INTERVENOR-DEFENDANT JONAH ENERGY LLC'S MOTION TO INTERVENE with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons:

**Counsel for Federal Defendants**

John Shaughnessy Most
U.S. Dept. of Justice
john.most@usdoj.gov

Luther L. Hajek
U.S. Dept. of Justice
luke.hajek@usdoj.gov

Christine Gealy England
christine.england@usdoj.gov

**Counsel for Defendant-Intervenors Western Energy Alliance and State of Wyoming**

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K Cross
mcross@bwenergylaw.com

Paul A. Turcke
pat@msbtlaw.com

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

**Counsel for Proposed Defendant-Intervenor Jonah Energy LLC**

Ausey H Robnett, III
arobnett@LCLattorneys.com

Kathleen C Schroder
katie.schroder@dgslaw.com

Gail L Wurtzler
gail.wurtzler@dgslaw.com

/s/   *Sarah Stellberg*
Sarah K. Stellberg