BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br>　　　　Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, Acting Secretary of the Interior, *et al.*,<br>　　　　Defendants. | Case No. 1:18-cv-00187-REB<br><br>**NOTICE OF FILING OF PHASE ONE ADMINISTRATIVE RECORD** |

Notice of Filing of Phase One Administrative Record

Defendants' David Bernhardt,[1] Acting Secretary of the Interior, the U.S. Bureau of Land Management ("BLM") *et al.* hereby provide notice of the filing of the phase one administrative record. The record is provided on a flash drive containing Excel indices and PDF documents. The record is divided into multiple parts reflecting the Department of the Interior policy and multiple oil and gas lease sales at issue in this phase of the litigation—Instruction Memorandum ("IM") 2018-034, the June and September 2018 oil and gas lease sales in Nevada, the September 2018 oil and gas lease sale in Utah, and the June and September oil and gas lease sales in Wyoming. Attached to this notice are: (1) the index for the IM 2018-034 record, (2) the index for the June 2018 Nevada oil and gas lease sale record, (3) the index for the September 2018 Nevada oil and gas lease sale record, (4) the index for the September 2018 Utah oil and gas lease sale record, (5), the cover index for the June and September 2018 Wyoming oil and gas lease sales record, (6) the index for Volume A of the Wyoming record, (7) the index for Volume B of the Wyoming record, (8) the index for Volume C of the Wyoming record, (9) the index for Volume D of the Wyoming record, (10) the index for Volume E of the Wyoming record, (11) the index for Volume F of the Wyoming record, (12) the index for Volume G of the Wyoming record, (13) the certification for the IM 2018-034 record (14) the certification for the Nevada records, (15) the certification for the Utah record, and (16) the certification for the Wyoming record.

Copies of the flash drive containing the administrative records will be sent to the court and the parties.

Respectfully submitted this 5th day of March, 2019,

---

[1] David Bernhardt, Acting Secretary of the Interior, is substituted for his predecessor in office pursuant to Federal Rule of Civil Procedure 25(d).

Notice of Filing of Phase One Administrative Record    1

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Telephone: (208) 334-1211
Facsimile:   (208) 334-1414
E-mail: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 724-7386; Fax: (202) 526-6665
E-mail: John.Most@usdoj.gov

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Counsel for Defendants*

Notice of Filing of Phase One Administrative Record     2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2019, I filed a copy of the foregoing Notice of Filing of Phase One Administrative Record electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

*/s/ Luther L. Hajek*
Luther L. Hajek

Notice of Filing of Phase One Administrative Record    3