Erik Petersen (WY No. 7-5608)
Michael M. Robinson (WY No. 6-2658)
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
erik.petersen@wyo.gov

Paul A. Turcke (ISB No. 4759)
MSBT, CHTD.
950 West Bannock Street, Suite 520
Boise, ID 83702
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
Email: pat@msbtlaw.com

*Attorneys for the State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>RYAN ZINKE, Secretary of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants,<br><br>STATE OF WYOMING, and WESTERN ENERGY ALLIANCE,<br><br>Intervenor-Defendants. | Case No. 1:18-cv-00187-REB<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY WITHIN THE FIRM** |

PLEASE TAKE NOTICE that the undersigned counsel, Michael M. Robinson, hereby withdraws as co-counsel of record for Intervenor-Defendant, State of Wyoming. As of March 1, 2019, he will no longer represent Wyoming in this matter. Erik Petersen will continue to represent Defendant-Intervenor, State of Wyoming in this matter.

Dated this 6th day of March, 2019.

Respectfully submitted,

/s/ Michael M. Robinson
Michael M. Robinson (WY No. 6-2658)
James Kaste (WY No. 6-3244)
Erik Petersen (WY No. 7-5608)
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
eva.la@wyo.gov
james.kaste@wyo.gov
erik.petersen@wyo.gov
Attorneys for Defendant-Intervenor,
State of Wyoming

/s/ Paul A. Turcke
Paul A. Turcke (ISB No. 4759)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
(208) 331-1202 (fax)
pat@msbtlaw.com

## CERTIFICATE OF SERVICE

I certify that on March 6, 2019, I electronically filed the foregoing with the Clerk of the U.S. District Court of Idaho using the CM/ECF system which sent a Notice of Electronic filing to the parties of record.

/s/ Michael M. Robinson