BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# DISTRICT OF IDAHO

| | | |
|---|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) ) | Case No. 1:18-cv-187-REB |
| *Plaintiffs*, v. | ) ) ) | **JOINT PROPOSED SCHEDULE FOR THE PHASE TWO ADMINISTRATIVE RECORDS** |
| RYAN K. ZINKE, Secretary Of Interior; DAVID BERNHARDT, Deputy Secretary of Interior; and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States, | ) ) ) ) ) ) | |
| *Defendants*, | ) ) | |
| STATE OF WYOMING, and WESTERN | ) | |

Joint Proposed Schedule for the Phase Two Administrative Records                            1

ENERGY ALLIANCE,                         )
                                         )
    *Defendant-Intervenors.*              )

Pursuant to the Court's December 13, 2018 Case Management Order (ECF No. 107), as modified by the Court's January 28, 2019 Docket Entry Order (ECF No. 119), the parties hereby jointly propose a schedule for the production of the phase two administrative records. Under the current schedule, the record for Instruction Memorandum ("IM") 2018-026 is due April 5, 2019, and the record for the Normally Pressured Lance ("NPL") Project is due May 22, 2019. Plaintiffs have also requested that Defendants prepare records for the following oil and gas lease sales for phase two: the June 2017, December 2017, and March 2018 Montana lease sales, and the June 2017, September 2017, and March 2018 Wyoming lease sales. Defendants agree to file the records with the court on the schedule below, including the schedule for IM 2018-026 and the NPL Project:

| | |
|---|---|
| June 2017, December 2017, and March 2018 Montana lease sale records: | March 20, 2019 |
| IM 2018-026 record: | April 5, 2019 |
| June 2017, September 2017, and March 2018 Wyoming lease sale records: | May 22, 2019 |
| NPL Project record:[1] | May 22, 2019 |

Plaintiffs or intervenors shall raise any objections to the records within 60 days or receipt of the record. Any motion challenging the record shall be filed within 90 days of receipt and shall be briefed in accordance with the local rules.

---

[1] This stipulation shall not operate or be construed as a waiver of the pending Motions to Dismiss filed by Federal Defendants and Defendant-Intervenors. See ECF Nos. 96, 97, 98, 100.

Joint Proposed Schedule for the Phase Two Administrative Records          2

Dated this 8th day of March, 2019.

Respectfully submitted,

/s/ Sarah Stellberg
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
Sarah Stellberg (ISB #10538)
*Advocates for the West*
P.O. Box 1612
Boise, ID 83701
Tel: (208) 342-7024; Fax: (208) 342-8286

*Attorneys for Plaintiffs*

BART M. DAVIS (ISB # 2696
United States Attorney
CHRISTINE ENGLAND, CA Bar # 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414

JEFFREY H. WOOD
Acting Assistant Attorney General
JOHN S. MOST, Virginia Bar No. 27176
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 724-7386; Fax: (202) 526-6665

/s/ Luther Hajek
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

/s/ Bret Sumner
Bret Sumner, *Pro Hac Vice*
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Tel: 303-407-4499; Fax: 800-886-6566
bsumner@bwenergylaw.com

/s/ Paul Turcke
Paul A. Turcke (ISB No. 4759)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
Tel: (208) 331-1800; Fax: (208) 331-1202
pat@msbtlaw.com

*Attorneys for Western Energy Alliance*

/s/ Erik Petersen
Erik E. Petersen, WSB No. 7-5608
Michael M. Robinson, WSB No. 6-2658
Senior Assistant Attorneys General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002

/s/ Paul Turcke
Paul A. Turcke (ISB No. 4759)
MSBT Law, Chtd.
7699 West Riverside Drive
Boise, ID 83714
(208) 331-1800 (phone)
(208) 331-1202 (fax)
pat@msbtlaw.com

*Attorneys for the State of Wyoming*

Ausey H. Robnett III, State Bar No. 3218

Joint Proposed Schedule for the Phase Two Administrative Records                    3

Lake City Law Group, PLLC
435 W. Hanley Ave., Suite 101
Coeur d'Alene, ID 83815
Telephone: (208) 664-8115
Facsimile: (208) 664-6338
arobnett@lclattorneys.com

Kathleen C. Schroder (*pro hac vice*)
Gail L. Wurtzler (*pro hac vice*)
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
Telephone: (303) 892 7409
Facsimile: (303) 893 1379
katie.schroder@dgslaw.com
gail.wurtzler@dgslaw.com

***Attorneys for Intervenor-Defendant Jonah Energy LLC***

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2019, I filed a copy of the foregoing Joint Proposed Schedule for the Phase Two Administrative Records electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

<u>Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity</u>

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

<u>Counsel for Intervenor-Defendant State of Wyoming</u>

Erik Edward Petersen
erik.petersen@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

<u>Counsel for Intervenor-Defendant Western Energy Alliance</u>

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

<u>Counsel for Intervenor Defendant Jonah Energy LLC</u>

Ausey H. Robnett III
arobnett@lclattorneys.com

Kathleen C. Schroder
katie.schroder@dgslaw.com

Gail L. Wurtzler
gail.wurtzler@dgslaw.com

                                                 */s/ Luther L. Hajek*
                                                 Luther L. Hajek