BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DAVID BERNHARDT, Secretary of the Interior, *et al.*,<br>　　　　Defendants. | Case No. 1:18-cv-00187-REB<br><br>**NOTICE OF FILING OF A CORRECTED ADMINISTRATIVE RECORD FOR THE WYOMING LEASE SALES AND THE ADMINISTRATIVE RECORDS FOR THE 2015 GREATER SAGE-GROUSE RESOURCE MANAGEMENT PLAN AMENDMENTS** |

Notice of Filing of Corrected Administrative Record for the Wyoming Lease Sales and the Administrative Records for the 2015 Greater Sage-Grouse RMP Amendments

Defendants' David Bernhardt, Acting Secretary of the Interior, the U.S. Bureau of Land Management ("BLM") *et al.* hereby provide notice of a corrected administrative record for the Wyoming lease sales and the administrative records for the 2015 Greater Sage-Grouse Resource Management Plan Amendments ("RMPA"), which were previously filed in *Western Watersheds Project v. Bernhardt*, No. 1:16-cv-83-BLW (March 17, 2017) (ECF No. 87). The administrative record for the Wyoming lease sales is being resubmitted to correct an error on Tab A of the index to the administrative record; no additional documents are being submitted.

The administrative records for the 2015 RMPAs are being submitted at the request of the parties. Defendant-Intervenors requested that public comments and responses and protest and protest responses relating to the 2015 RMPAs be included in the record in this case, and Plaintiffs then requested that the whole records for the 2015 RMPAs be included. Defendants agreed to add the records for the 2015 RMPAs to the record in this case, with the exception of the record for the U.S. Forest Service, who is not a party to this case, and the records the North Dakota, South Dakota, Northwest, Colorado, and Oregon RMPAs, which are outside of the geographic areas applicable to the leasing decisions challenged in this case. The 2015 RMPA records that relate to geographic areas where challenged leasing decisions occur may be cited in the context of challenges to leasing decisions in those areas. Thus, in phase one, the parties may cite the records for the Wyoming, Nevada and Northeastern California, and Utah RMPA administrative records. The indexes and certifications for the 2015 RMPA records were previously submitted in *Western Watersheds Project v. Bernhardt*, No. 1:16-cv-83-BLW (March 17, 2017) (ECF No. 87), and are not being resubmitted in this case.

Attached to this notice are: (1) the corrected index for Volume A of the Wyoming record, and (2) the certification for the Wyoming record.

Copies of the hard drive containing the corrected Wyoming administrative record and the 2015 RMPA administrative records will be sent to the court and the parties.

Respectfully submitted this 17th day of April, 2019,

>BART M. DAVIS, Idaho Bar No. 2696
>United States Attorney
>
>CHRISTINE G. ENGLAND, California Bar No. 261501
>Assistant United States Attorney
>District of Idaho
>Washington Group Plaza IV
>800 East Park Boulevard, Suite 600
>Boise, Id 83712-7788
>Telephone: (208) 334-1211
>Facsimile:   (208) 334-1414
>E-mail: Christine.England@usdoj.gov
>
>JEAN E. WILLIAMS
>Deputy Assistant Attorney General
>
>JOHN S. MOST, Virginia Bar No. 27176
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>P.O. Box 7611
>Washington, DC 20044
>Tel: (202) 724-7386; Fax: (202) 526-6665
>E-mail: John.Most@usdoj.gov
>
>LUTHER L. HAJEK, Colorado Bar No. 44303
>U.S. Department of Justice
>Environment and Natural Resources Division
>Natural Resources Section
>999 18th Street
>South Terrace, Suite 370
>Denver, CO 80202
>Tel: (303) 844-1376; Fax: (303) 844-1350
>E-mail: Luke.Hajek@usdoj.gov
>
>*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of April, 2019, I filed a copy of the foregoing Notice of Filing of Phase One Administrative Record electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

/s/ Luther L. Hajek
Luther L. Hajek