Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

## UNITED STATES DISTRICT COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>DAVID BERNHARDT*, Secretary of Interior, *et al.*,<br><br>　　　Defendants. | Case No. 1:18-cv-00187-REB<br><br>**PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE ONE)** |

*\* Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

　　　Plaintiffs Western Watersheds Project and Center for Biological Diversity respectfully bring this "Phase One" partial summary judgment motion pursuant to Fed. R. Civ. P. 56 and the Case Management Orders entered in this matter, ECF Nos. 105 and 127.

　　　Specifically, Plaintiffs move the Court for entry of partial summary judgment in their favor on their Fourth and Fifth Claims for Relief in the First Amended Complaint, ECF No. 78, holding that Instruction Memorandum (IM) 2018-034, the five "Phase One" oil and gas lease

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE ONE) - 1

sales that applied the IM—*i.e.,* the June and September 2018 lease sales in Nevada, Utah and Wyoming—and all leases issued thereunder are unlawful, and reversing and vacating those challenged actions. *See* First Amended Compl. ¶¶ 105–12 (IM 2018-34), 225a–225ll (Phase One lease sales), 308–25 (Fourth and Fifth Claims for Relief).

On September 21, 2018, the Court issued a Preliminary Injunction Order enjoining BLM from conducting oil and gas lease sales in greater sage-grouse habitat under IM 2018-034, ECF No. 74.  This Phase One summary judgment motion seeks final adjudication of Plaintiffs' challenges to IM 2018-034 and the Phase One lease sales that applied it, depriving Plaintiffs and the public of adequate opportunity to participate in those leasing decisions.  Plaintiffs respectfully pray that the Court reverse and vacate IM 2018-034 and direct BLM to follow the corresponding rules previously in effect under IM 2010-117, until BLM lawfully changes these procedures through notice-and-comment rulemaking.

This motion is supported by the accompanying Opening Brief In Support Of Plaintiffs' Motion For Partial Summary Judgment (Phase One), Plaintiffs' Separate Statement of Facts (addressing undisputed facts from the Administrative Record filed by Federal Defendants), and the Declarations of Paul Ruprecht, Patrick Donnelly, Taylor McKinnon, Jonathan Ratner, and Erik Molvar (First Supplemental Declaration).

This motion is also supported by the Court's Preliminary Injunction Order, ECF No. 74, and all briefings, declarations, exhibits and other materials submitted in connection with it, including Plaintiffs' Declarations of Michael Saul (ECF No. 30-2), Erik Molvar (ECF No. 30-3), Kelly Fuller (ECF No. 30-4), Laura Cunningham (ECF No. 30-5), Linda F. Baker (ECF No. 30-6), Kevin Emmerich (ECF No. 30-7), Shaleas Harrison (ECF No. 30-8), Jeff Kuyper (ECF No. 30-9), Laird Lucas (ECF No. 30-10), Supplemental Fuller Declaration (ECF No. 63-1),

Supplemental Saul Declaration (ECF No. 63-2), and Stellberg Declaration (ECF No. 63-3). This motion is also supported by the Administrative Record materials filed by Federal Defendants, ECF Nos. 121, 123, and 131; and by all other materials on file with the Court or as may be presented to the Court before decision.

WHEREFORE, Plaintiffs respectfully pray that the Court grant this motion, enter partial summary judgment in their favor on their Fourth and Fifth Claims for Relief, hold that IM 2018-034 and the Phase One lease sales—and the associated decision documents and leases—are unlawful, reverse and set aside such actions, and direct Federal Defendants to follow the rules previously in effect under IM 2010-117 until BLM lawfully changes these procedures through notice-and-comment rulemaking.

Dated: April 26, 2019         Respectfully submitted.

*/s/ Sarah Stellberg*
Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

Attorneys for Plaintiffs

PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE ONE) - 3