BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*,<br>            Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, Acting Secretary of the Interior, *et al.*,<br>            Defendants. | Case No. 1:18-cv-00187-REB<br><br>**DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE ONE)** |

Defendants' Motion for Partial Summary Judgment (Phase One)

Defendants' David Bernhardt, Acting Secretary of the Interior, the U.S. Bureau of Land Management ("BLM") *et al.* hereby respectfully move, pursuant to Fed. R. Civ. P. 56, for partial summary judgment on the Fourth and Fifth Claims for Relief in the First Amended Complaint (ECF No. 78).  Specifically, with respect to the Fourth Claim for Relief, Defendants move for partial summary judgment as to the challenge to Instruction Memorandum ("IM") 2018-034 and to the application of IM 2018-034 to the June and September Wyoming oil and gas lease sales, the June and September Nevada oil and gas lease sales, and the September 2018 Utah oil and gas lease sale.  *See* Case Management Order at 1-2 (ECF NO. 107), as amended by Amended Case Management Order (ECF No. 125).  The grounds for this motion are set forth in the attached memorandum in support and accompanying materials.

Respectfully submitted this 5th day of June, 2019,

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Telephone: (208) 334-1211
Facsimile:   (208) 334-1414
E-mail: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

JOHN S. MOST, Virginia Bar No. 27176
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 724-7386; Fax: (202) 526-6665
E-mail: John.Most@usdoj.gov

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of June, 2019, I filed a copy of the foregoing Defendants' Motion for Partial Summary Judgment (Phase One), Memorandum in Support of Defendants' Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (Phase One), Statement of Undisputed Facts, and Response to Plaintiffs' Statement of Undisputed Facts electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Talasi B. Brooks
tbrooks@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant State of Wyoming

Erik Edward Petersen
erik.petersen@wyo.gov

Michael M. Robinson
mike.robinson@wyo.gov

Paul A. Turcke
pat@msbtlaw.com

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Michael K. Cross
mcross@bwenergylaw.com

                                                          */s/ Luther L. Hajek*
                                                          Luther L. Hajek