Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT,* Secretary of Interior, *et al.*,<br><br>Defendants. | No. 1:18-cv-00187-REB<br><br>**STIPULATION TO FILE SECOND AMENDED COMPLAINT** |

\* *Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

The parties, by and through their undersigned counsel, hereby stipulate as follows:

1.   Pursuant to Federal Rule of Civil Procedure 15(a)(2) and the telephonic status conference held by the Court on July 11, 2019, ECF No. 152, all parties consent to Plaintiffs' filing their proposed Second Amended Complaint to update and finalize their pleadings following the Court's Memorandum Decision and Order of July 9, 2019, transferring venue over

Plaintiffs' claims challenging the Normally Pressured Lance (NPL) Project, *see* ECF No. 150 ("Venue Transfer Decision").

2. By entering into this Stipulation, all parties reserve and do not waive any available claims, defenses, or objections as to the added claims. Specifically, Defendants and Defendant-Intervenors object to the addition of claims challenging the March 2019 Montana lease sale and the February 2019 Wyoming lease sale, *see* 2d Am. Compl. ¶¶ 264–83, on the grounds that venue is improper for those claims in the District of Idaho, and that the claims should be transferred to district courts in Montana and Wyoming respectively.

3. Defendants and Defendant-Intervenors shall have 30 days to file a response to Plaintiffs' Second Amended Complaint.

**IT IS SO STIPULATED.**

Dated: August 30, 2019                Respectfully submitted.

/s/ *Sarah K. Stellberg*
Sarah Stellberg
Advocates for the West
Attorney for Plaintiffs

/s/ *Luther L. Hajek*
Luther L. Hajek
U.S. Department of Justice
Attorney for Federal Defendants

/s/ *Erik Edward Petersen*
Erik Edward Petersen
Attorney for Defendant-Intervenor State of Wyoming

/s/ *Malinda Morain*
Malinda Morain
Attorney for Defendant-Intervenor Western Energy Alliance

## CERTIFICATE OF SERVICE

      I hereby certify that on this 30th day of August, 2019, I electronically filed the foregoing STIPULATION TO FILE SECOND AMENDED COMPLAINT with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to the following persons who are counsel for opposing parties in this matter:

**Counsel for Federal Defendants**

John Shaughnessy Most
U.S. Dept. of Justice
john.most@usdoj.gov

Luther L. Hajek
U.S. Dept. of Justice
luke.hajek@usdoj.gov

Christine Gealy England
christine.england@usdoj.gov

**Counsel for Intervenors**
**State of Wyoming & Western Energy Alliance**

Bret A. Sumner
bsumner@bwenergylaw.com

Paul A. Turcke
pat@msbtlaw.com

Erik Edward Petersen
erik.petersen@wyo.gov

Malinda Morain
mmorain@bwenergylaw.com

Michael M. Robinson
mike.robinson@wyo.gov

Kathleen C Schroder
katie.schroder@dgslaw.com

Gail L Wurtzler
gail.wurtzler@dgslaw.com

Ausey H Robnett, III
arobnett@LCLattorneys.com


                          */s/ Sarah K.Stellberg*
                          Sarah K. Stellberg