# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO
## U.S. MAGISTRATE JUDGE MINUTE ENTRY

### (X) PENDING MOTIONS HEARING

**Judge: RONALD E. BUSH**  **Deputy Clerk/ESR: Lynette C. Case**
Date: 10/15/2019
CV.18-187-S-REB
Boise, ID.
Tape: 1:30-3:30 PM

<u>**WESTERN WATERSHEDS PROJECT,**</u> **et al,**   *Laird Lucas/Sarah Stellberg,
 Plaintiffs,     Attorneys for Plaintiffs,

vs.

<u>**ZINKE, et al,**</u>   *Luther Hajek-Fed Defendants,
  *Erik Peterson/Paul Turcke(local counsel)
    State of Wyoming
  *Malinda Morain/Paul Turcke (local) for Western Energy Alliance

 Defendants.   Attorneys for Defendants.

Court reviewed the record.

**MOTIONS:**
1-WWP Motion for Partial Summary Judgment (DOC. 135):   UNDER ADVISEMENT.

2- USA Motion for Summary Judgment (DOC. 140):   UNDER ADVISEMENT.

3- Joint Motion for Partial Summary Judgment (DOC. 148):   UNDER ADVISEMENT.