Lee Radford, ISB #5719
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone: 208.522.6700
Facsimile: 208.522.5111
LRadford@parsonsbehle.com

*Attorneys for Proposed Defendant-Intervenor*
*Anschutz Exploration Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>     vs.<br><br>DAVID BERNHARDT, Secretary of Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>     Defendants,<br><br>     and,<br><br>STATE OF WYOMING and WESTERN ENERGY ALLIANCE,<br><br>     Defendants-Intervenors. | Case No. 1:18-cv-00187-REB<br><br>**PROPOSED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL** |

Proposed Defendant–Intervenor Anschutz Exploration Corporation ("AEC") appeals to the United States Court of Appeals for the Ninth Circuit this Court's February 27, 2020, order (EFC No. 174), as well as all prior orders and decisions that merge into that order, including but not limited to the Court's order on Plaintiffs' preliminary-injunction motion (ECF No. 74) and the Court's order on Defendants' motion to sever and transfer (ECF No. 66).

**PROPOSED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL - 1**

Respectfully submitted,

/s/ Lee Radford
_____

Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID  83402
Phone:  (208) 528-5252
Fax: (208) 522-5111
Email: lradford@parsonsbehle.com


/s/ Andrew C. Lillie
_____

Andrew C. Lillie, *pro hac vice* pending
Jessica Black Livingston, *pro hac vice* pending
Mark D. Gibson, *pro hac vice* pending
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
E-mail: andrew.lillie@hoganlovells.com
          jessica.livingston@hoganlovells.com
          mark.gibson@hoganlovells.com
Phone: (303) 899-7300
Facsimile: (303) 899-7333
*Attorneys for Proposed Defendant–Intervenor*
*Anschutz Exploration Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the  16th  day of April, 2020, I served a true and correct copy of

the foregoing **PROPOSED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL** via the

Court's electronic case filing system that will cause the foregoing to be served upon all counsel

of record.

/s/ Lee Radford
_____
Lee Radford

**PROPOSED DEFENDANT-INTERVENOR'S NOTICE
OF APPEAL – 3**
PBL\4813-5872-0186.v1-4/14/20

Lee Radford, ISB #5719
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com

*Attorneys for Proposed Defendant-Intervenor*
   *Anschutz Exploration Corp.*

# UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>      vs.<br><br>DAVID BERNHARDT, Secretary of Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>      Defendants,<br><br>      and,<br><br>STATE OF WYOMING and WESTERN ENERGY ALLIANCE,<br><br>      Defendants-Intervenors. | Case No. 1:18-cv-00187-REB<br><br>**PROPOSED DEFENDANT-REPRESENTATION STATEMENT** |

The parties to the above-named action and the attorneys representing those parties are as follows:

1.      Appellees/Plaintiffs Western Watersheds Project and Center for Biological Diversity:

Laurence J. Lucas
Sarah Stellberg
Todd C. Tucci
Advocates for the West
P.O. Box 1612
Boise, ID 83701
Tel.: 208-342-7024
Fax: 208-342-8286
Email: llucas@advocateswest.org
        sstellberg@advocateswest.org
        ttucci@advocateswest.org

2.      Appellants/Defendants David Bernhardt, in his official capacity as Secretary of

the Interior, and the U.S. Bureau of Land Management:

Daniel Halainen
U.S. Department of Justice
Environment and Natural Resources Division
P.O. Box 7415
Ben Franklin Station
Washington, DC 20044
Tel: 202-514-4081
Email: Daniel.j.halainen@usdoj.gov

Christine Gealy England
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
(208) 334-1211
christine.england@usdoj.gov

Luther L Hajek
U.S. Dept. of Justice / Environment & Natural Resources Div.
999 18th Street
Denver, CO 80202
303-844-1376
luke.hajek@usdoj.gov

3.      Appellee/Defendant-Intervenor State of Wyoming:

      Elliott John Adler
      Wyoming Attorney General's Office
      2320 Capitol Avenue
      Cheyenne, WY 82002
      Tel: 307-777-7895
      Email: elliott.adler@wyo.gov

      James Kaste
      Wyoming Attorney General
      2320 Capitol Ave
      Cheyenne, WY 82002
      Tel: 307-777-7895
      Fax: 307-777-3542
      Email: james.kaste@wyo.gov

      Cherese De'Dominiq McLain
      MSBT Law, Chtd.
      7699 W. Riverside Drive
      Boise, ID 83714
      Tel: 208-331-1800
      Fax: 208-331-1202
      Email: cdm@msbtlaw.com

4.      Appellee/Defendant-Intervenor Western Energy Alliance:

      Bret A Sumner
      Malinda Morain
      Beatty & Wozniak, P.C.
      216 16th Street, Suite 1100
      Denver, CO 80202-5115
      Tel: 303-407-4499
      Email: bsumner@bwenergylaw.com
           mmorain@bwenergylaw.com

      Cherese De'Dominiq McLain
      MSBT Law, Chtd.
      7699 W. Riverside Drive
      Boise, ID 83714
      Tel: 208-331-1800
      Fax: 208-331-1202
      Email: cdm@msbtlaw.com

Respectfully submitted,


/s/ Lee Radford
_____
Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID  83402
Phone:  (208) 528-5252
Fax: (208) 522-5111
Email: lradford@parsonsbehle.com


/s/ Andrew C. Lillie
_____
Andrew C. Lillie, *pro hac vice* pending
Jessica Black Livingston, *pro hac vice* pending
Mark D. Gibson, *pro hac vice* pending
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
E-mail: andrew.lillie@hoganlovells.com
          jessica.livingston@hoganlovells.com
          mark.gibson@hoganlovells.com
Phone: (303) 899-7300
Facsimile: (303) 899-7333
*Attorneys for Proposed Defendant–Intervenor*
*Anschutz Exploration Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of April, 2020, I served a true and correct copy of the foregoing **PROPOSED DEFENDANT-REPRESENTATION STATEMENT** via the Court's electronic case filing system that will cause the foregoing to be served upon all counsel of record.

/s/ Lee Radford
_____
Lee Radford
