Cherese D. McLain, ISB #7911
cdm@msbtlaw.com
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202

William E. Sparks, *Pro Hac Vice Pending*
wsparks@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Attorneys for Defendant-Intervenor Chesapeake Exploration, L.L.C.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-00187-REB |
| v. | |
| **DAVID BERNHARDT,** Secretary of the Interior, *et al*., | **DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S NOTICE OF APPEAL** |
| Defendants, | |
| **CHESAPEAKE EXPLORATION, L.L.C.**, *et al.*, | |
| Defendant-Intervenors. | |

Proposed Defendant-Intervenor Chesapeake Exploration, L.L.C. hereby gives notice that it appeals to the United States Court of Appeals for the Ninth Circuit the Memorandum Decision and Order re: Plaintiffs' Motion for Partial Summary Judgment (Phase One), Federal Defendants' Motion for Summary Judgment, and Defendant-Intervenors' Motion for Partial Summary Judgment (Dkt. 174) issued on February 27, 2020, as well as all prior orders and

decisions that merge into that order, including the Court's Memorandum Decision and Order re: Plaintiffs' Motion for a Preliminary Injunction (Dkt. 30), Preliminary Injunction (Dkt. 74), the Court's Memorandum Decision and Order re Defendants' Motion to Sever and Transfer (Dkt. 66), and the Court's Memorandum Decision and Order re: Plaintiffs' Motion for Reconsideration and Clarification of Phase One Remedies and Defendants' and Defendant-Intervenors' Motions to Stat (Dkt. 226)

Respectfully submitted this 29th day of May 2020.

*/s/ Cherese D. McLain*
Cherese D. McLain

*/s William E. Sparks*
William E. Sparks
*Pro Hac Vice Pending*


*Counsel for Proposed Defendant-Intervenor*
*Chesapeake Exploration, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 29th day of May 2020, I served a true and correct copy of the foregoing **DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S NOTICE OF APPEAL** via the Court's electronic case filing system which will cause the foregoing to be served upon all counsel of record.

*s/ Cherese D. McLain*