UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 01 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> DAVID BERNHARDT, Secretary of Interior; BUREAU OF LAND MANAGEMENT, an agency of the United States, <br><br> Defendants, <br><br> STATE OF WYOMING; WESTERN ENERGY ALLIANCE, <br><br> Intervenor-Defendants, <br><br> and <br><br> CHESAPEAKE EXPLORATION, L.L.C., <br><br> Intervenor-Defendant - Appellant. | No. 20-35483 <br><br> D.C. No. 1:18-cv-00187-REB <br> U.S. District Court for Idaho, Boise <br><br> **TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., June 8, 2020** | Appellant's Mediation Questionnaire due. If your registration for Appellate CM/ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Mon., June 29, 2020** | Transcript shall be ordered. |
| **Tue., July 28, 2020** | Transcript shall be filed by court reporter. |
| **Tue., September 8, 2020** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |
| **Thu., October 8, 2020** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 31 and 9th Cir. R. 31-2.1. |

**The optional appellant's reply brief shall be filed and served within 21 days of service of the appellees' brief, pursuant to FRAP 31 and 9th Cir. R. 31-2.1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Ruben Talavera
Deputy Clerk
Ninth Circuit Rule 27-7