Alison C. Hunter (ISB #8997)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone: 208.342.5000
Facsimile: 208.343.8869
achunter@hollandhart.com

Thomas L. Sansonetti (Pro Hac Vice pending)
Andrew C. Emrich (Pro Hac Vice pending)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 290-1061 (T. Sansonetti)
            (303) 290-1621 (A. Emrich)
Facsimile: (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

*Counsel for Defendant-Intervenor-Applicant
Peak Powder River Acquisitions, LLC*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | ) ) ) |
| Plaintiffs, | ) ) Case No. 1:18-cv-00187-REB |
| vs. | ) ) **PEAK POWDER RIVER** |
| DAVID BERNHARDT, Secretary of the Interior, et al., | ) **ACQUISITIONS, LLC'S** ) **MOTION TO INTERVENE** ) |
| Defendant, | ) ) |
| STATE OF WYOMING, et al., | ) ) |
| Defendant-Intervenors, | ) ) |
| and | ) ) |
| PEAK POWDER RIVER ACQUISITIONS, LLC, | ) ) ) |
| Defendant-Intervenor-Applicant. | ) |

Pursuant to Federal Rule of Civil Procedure 24, Applicant for Intervention Peak Powder River Acquisitions, LLC ("PPRA") moves this Court for an order granting leave to intervene as a defendant in this action. PPRA seeks intervention under Rule 24(a)(2), or alternatively Rule 24(b)(1), for the limited purpose of participating in Phase II of this litigation.

This Motion is supported by PPRA's contemporaneously filed Memorandum in Support of Motion to Intervene and the declaration of Jack Vaughn, and all other filings and matters of record in this case.

WHEREFORE, PPRA asks this Court to grant its Motion to Intervene as a defendant.

DATED:  July 13, 2020

HOLLAND & HART LLP

By:   /s/ Alison C. Hunter
        Alison C. Hunter

*Counsel for Defendant-Intervenor-Applicant Peak Powder River Acquisitions, LLC*

PEAK POWDER RIVER ACQUISITIONS, LLC'S MOTION TO INTERVENE - 1

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of July, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
Advocates for the West
llucas@advocateswest.org

Sarah Stellberg
Advocates for the West
sstellberg@advocateswest.org

Todd C. Tucci
Advocates for the West
ttucci@advocateswest.org

John Shaughnessy Most
U.S. Department of Justice
john.most@usdoj.gov

Luther L. Hajek
U.S. Department of Justice
luke.hajek@usdoj.gov

Christine Gealy England
U.S. Attorney's Office
christine.england@usdoj.gov

Elliott John Adler
Wyoming Attorney General's Office
elliott.adler@wyo.gov

James Kaste
Wyoming Attorney General's Office
james.kaste@wyo.gov

Cherese De'Dominiq McLain
MSBT Law, Chtd.
cdm@msbtlaw.com

Brett A. Sumner
Beatty & Wozniak, P.C.
bsumner@bwenergylaw.com

Malinda Morain
Beatty & Wozniak, P.C.
mmorain@bwenergylaw.com

Andrew C. Lillie
Hogan Lovells US LLP
andrew.lillie@hoganlovells.com

Jessica Black-Livingston
Hogan Lovells US LLP
jessica.livingston@hoganlovells.com

Mark D. Gibson
Hogan Lovells LLP
mark.gibson@hoganlovells.com

Lee Radford
Parsons Behle & Latimer
lradford@parsonsbehle.com

William E. Sparks
Beatty & Wozniak, P.C.
wsparks@bwenergylaw.com

By:    */s/ Alison C. Hunter*
      Alison C. Hunter

14933028_v3

PEAK POWDER RIVER ACQUISITIONS, LLC'S MOTION TO INTERVENE - 2