Alison C. Hunter (ISB #8997)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
P.O. Box 2527
Boise, ID 83701-2527
Telephone: 208.342.5000
Facsimile: 208.343.8869
achunter@hollandhart.com

Thomas L. Sansonetti (Pro Hac Vice pending)
Andrew C. Emrich (Pro Hac Vice pending)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone: (303) 290-1061 (T. Sansonetti)
           (303) 290-1621 (A. Emrich)
Facsimile: (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

*Counsel for Defendant-Intervenor-Applicants*
*Rebellion Energy II, LLC and Seven Sisters Oil & Gas, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DAVID BERNHARDT, Secretary of the Interior, et al., <br><br> Defendants, <br><br> STATE OF WYOMING, et al., <br><br> Defendant-Intervenors, <br><br> and <br><br> REBELLION ENERGY II, LLC AND SEVEN SISTERS OIL & GAS, LLC, <br><br> Defendant-Intervenor-Applicants. | Case No. 1:18-cv-00187-REB <br><br> **REBELLION ENERGY II, LLC'S AND SEVEN SISTERS OIL & GAS, LLC'S MOTION TO INTERVENE** |

Pursuant to Federal Rule of Civil Procedure 24, Applicants for Intervention Rebellion Energy II, LLC ("Rebellion II") and Seven Sisters Oil & Gas, LLC ("Seven Sisters") move this Court for an order granting leave to intervene as defendants in this action. Rebellion II and Seven Sisters seek intervention under Rule 24(a)(2), or alternatively Rule 24(b)(1). Rebellion II and Seven Sisters seek to intervene for the purpose of seeking relief pursuant to footnote 6 of this Court's May 12, 2020 Order (Dkt. 226) and to participate in Phase II of this litigation.

This Motion is supported by Rebellion II's and Seven Sisters' contemporaneously filed Memorandum in Support of Motion to Intervene and the declaration of Amanda O'Quinn, and all other filings and matters of record in this case.

WHEREFORE, Rebellion II and Seven Sisters ask this Court to grant their Motion to Intervene as defendants.

DATED:  July 13th, 2020

        HOLLAND & HART LLP

        By:   */s/ Alison C. Hunter*
            Alison C. Hunter

        *Counsel for Defendant-Intervenor-*
        *Applicants Rebellion Energy II, LLC and*
        *Seven Sisters Oil & Gas, LLC*

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 13th day of July, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
Advocates for the West
llucas@advocateswest.org

Todd C. Tucci
Advocates for the West
ttucci@advocateswest.org

Luther L. Hajek
U.S. Department of Justice
luke.hajek@usdoj.gov

Elliott John Adler
Wyoming Attorney General's Office
elliott.adler@wyo.gov

Cherese De'Dominiq McLain
MSBT Law, Chtd.
cdm@msbtlaw.com

Malinda Morain
Beatty & Wozniak, P.C.
mmorain@bwenergylaw.com

Jessica Black-Livingston
Hogan Lovells US LLP
jessica.livingston@hoganlovells.com

Lee Radford
Parsons Behle & Latimer
lradford@parsonsbehle.com

Sarah Stellberg
Advocates for the West
sstellberg@advocateswest.org

John Shaughnessy Most
U.S. Department of Justice
john.most@usdoj.gov

Christine Gealy England
U.S. Attorney's Office
christine.england@usdoj.gov

James Kaste
Wyoming Attorney General's Office
james.kaste@wyo.gov

Brett A. Sumner
Beatty & Wozniak, P.C.
bsumner@bwenergylaw.com

Andrew C. Lillie
Hogan Lovells US LLP
andrew.lillie@hoganlovells.com

Mark D. Gibson
Hogan Lovells LLP
mark.gibson@hoganlovells.com

William E. Sparks
Beatty & Wozniak, P.C.
wsparks@bwenergylaw.com

By:    */s/ Alison C. Hunter*
      Alison C. Hunter

REBELLION ENERGY II, LLC'S AND SEVEN SISTERS OIL & GAS, LLC'S MOTION TO INTERVENE - 2