BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 1:18-cv-00187-REB |
| Plaintiffs, | **DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE TWO)** |
| vs. | |
| DAVID BERNHARDT, Secretary of the Interior, *et al.*, | |
| Defendants, | |
| and | |
| STATE OF WYOMING, *et al.* | |
| Defendant-Intervenors. | |

Defendants' David Bernhardt, Secretary of the Interior, the U.S. Bureau of Land Management ("BLM"), *et al.* hereby respectfully move, pursuant to Fed. R. Civ. P. 56, for partial summary judgment on all of Plaintiffs' Claims in the Second Amended Complaint, ECF No. 165, regarding the June 2017 Montana oil and gas lease sale, the February 2017 Wyoming oil and gas lease sale, the June 2017 Wyoming oil and gas lease sale, and the September 2017 Wyoming oil and gas lease sale.  *See id.* ¶¶ 153-188.  Through this motion, as to each of the oil and gas leasing decisions at issue, Defendants request that the Court order summary judgment in its favor on the First and Second Claims, *id.* ¶¶ 284-299, alleging violations of the Federal Land Policy and Management Act, which Plaintiffs have waived by not arguing them on summary judgment, and the Third Claim for Relief alleging violations of the National Environmental Policy Act, *id.* ¶¶ 300-313, on which Plaintiffs seek summary judgment.  *See* Pls.' Mot. for Partial Summ. J. (Phase Two), ECF No. 247.  The grounds for this motion are set forth in the attached memorandum in support and supported by Defendants' statement of facts and accompanying materials.

Respectfully submitted this 3rd day of August, 2020,

BART M. DAVIS, Idaho Bar No. 2696
United States Attorney

CHRISTINE G. ENGLAND, California Bar No. 261501
Assistant United States Attorney
District of Idaho
1291 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-1414
Email: Christine.England@usdoj.gov

JEAN E. WILLIAMS
Deputy Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice

Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3d day of August, 2020, I filed a copy of the foregoing Defendants' Motion for Partial Summary Judgment (Phase Two), Memorandum in Support of Defendants' Motion for Partial Summary Judgment and in Opposition to Plaintiffs' Motion for Partial Summary Judgment (Phase Two), Statement of Undisputed Facts, and Response to Plaintiffs' Statement of Undisputed Facts electronically through the CM/ECF system, which caused all parties or counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

Attorneys for Plaintiffs Western Watersheds Project and Center for Biological Diversity

Laurence J. Lucas
llucas@advocateswest.org

Sarah Stellberg
sstellberg@advocateswest.org

Todd C. Tucci
ttucci@advocateswest.org

Counsel for Intervenor-Defendant State of Wyoming

Elliott John Adler
elliott.adler@wyo.gov

James Kaste
james.kaste@wyo.gov

Cherese De'Dominiq McLain
cdm@msbtlaw.com

Counsel for Intervenor-Defendant Western Energy Alliance

Bret A. Sumner
bsumner@bwenergylaw.com

Malinda Morain
mmorain@bwenergylaw.com

/s/ Luther L. Hajek
Luther L. Hajek