Thomas L. Sansonetti (*Pro Hac Vice*)
Andrew C. Emrich (*Pro Hac Vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
Telephone:   (303) 290-1061 (T. Sansonetti)
             (303) 290-1621 (A. Emrich)
Facsimile:   (303) 290-1606
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

Alison C. Hunter (ISB #8997)
HOLLAND & HART LLP
P.O. Box 2527
Boise, ID 83701-2527
Telephone:  208.342.5000
Facsimile:  208.343.8869
achunter@hollandhart.com

*Counsel for Defendant-Intervenor-Applicant Peak Powder River Acquisitions, LLC, Titan Exploration, LLC, and Rebellion Energy II, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, et al., | )<br>)<br>) |
| Plaintiffs, | ) Case No. 1:18-cv-00187-REB<br>) |
| vs. | )<br>) |
| DAVID BERNHARDT, Secretary of the Interior, et al., | ) **JOINT RENEWED MOTION FOR**<br>) **INTERVENTION**<br>) |
| Defendants, | )<br>) |
| STATE OF WYOMING, et al., | )<br>) |
| Defendant-Intervenors | )<br>) |
| and | )<br>) |
| PEAK POWDER RIVER ACQUISITIONS, LLC, et al., | )<br>)<br>) |
| Defendant-Intervenor-Applicants. | ) |

Pursuant to Federal Rule of Civil Procedure 24 and this Court's August 17, 2020 Order (ECF No. 297), Intervenor-Defendant-Applicants Peak Powder River Acquisitions, LLC, ("PPRA"), Titan Exploration, LLC, ("Titan"), and Rebellion Energy II, LLC ("Rebellion II"), (collectively "Intervenor-Applicants") respectfully submit this Joint Renewed Motion for Intervention as of right, or alternatively, permissive intervention.

This Motion is supported by Intervenor-Applicants' contemporaneously filed Memorandum in Support of Joint Renewed Motion for Intervention, the previously filed motions to intervene, memoranda in support, accompanying declarations, and reply briefs (ECF Nos. 260, 260-1, 260-2, 262, 262-1, 262-2, 270, 270-1, 270-2, 291, 292), and all other filings and matters of record in this case.

WHEREFORE, Intervenor-Applicants asks this Court to grant their Joint Renewed Motion for Intervention as defendants.

DATED:  August 27, 2020

HOLLAND & HART LLP

By: /s/ Alison C. Hunter

*Counsel for Counsel for Defendant-Intervenor-Applicant Peak Powder River Acquisitions, LLC, Titan Exploration, LLC, and Rebellion Energy II, LLC*

JOINT RENEWED MOTION FOR INTERVENTION - 1

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 27th day of August, 2020, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Laurence J. Lucas
Advocates for the West
llucas@advocateswest.org

Sarah Stellberg
Advocates for the West
sstellberg@advocateswest.org

Todd C. Tucci
Advocates for the West
ttucci@advocateswest.org

John Shaughnessy Most
U.S. Department of Justice
john.most@usdoj.gov

Luther L. Hajek
U.S. Department of Justice
luke.hajek@usdoj.gov

Christine Gealy England
U.S. Attorney's Office
christine.england@usdoj.gov

Elliott John Adler
Wyoming Attorney General's Office
elliott.adler@wyo.gov

James Kaste
Wyoming Attorney General's Office
james.kaste@wyo.gov

Cherese De'Dominiq McLain
MSBT Law, Chtd.
cdm@msbtlaw.com

Brett A. Sumner
Beatty & Wozniak, P.C.
bsumner@bwenergylaw.com

Malinda Morain
Beatty & Wozniak, P.C.
mmorain@bwenergylaw.com

Andrew C. Lillie
Hogan Lovells US LLP
andrew.lillie@hoganlovells.com

Jessica Black-Livingston
Hogan Lovells US LLP
jessica.livingston@hoganlovells.com

Mark D. Gibson
Hogan Lovells LLP
mark.gibson@hoganlovells.com

Lee Radford
Parsons Behle & Latimer
lradford@parsonsbehle.com

William E. Sparks
Beatty & Wozniak, P.C.
wsparks@bwenergylaw.com

By:    */s/ Alison C. Hunter*
       Alison C. Hunter