Lee Radford, ISB #5719
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com

Andrew C. Lillie (pro hac vice)
Jessica Black Livingston (pro hac vice)
Mark D. Gibson (pro hac vice)
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: (303) 899-7300
Fax: (303) 899-7333
andrew.lillie@hoganlovells.com
jessica.livingston@hoganlovells.com
mark.gibson@hoganlovells.com
*Attorneys for Amicus Curiae*
*Anschutz Exploration Corp.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT COURT OF IDAHO**

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, Secretary of Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants,<br><br>and,<br><br>STATE OF WYOMING and WESTERN ENERGY ALLIANCE,<br><br>Defendants–Intervenors. | Case No. 1:18-cv-00187-REB<br><br>**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ANSCHUTZ EXPLORATION CORPORATION** |

Anschutz Exploration Corporation ("AEC") seeks the Court's leave to file an amicus brief in support of Federal Defendants' and Defendants–Intervenors' motions for partial summary judgment on the phase-two leases (attached as Exhibit 1). Plaintiffs do not oppose this motion and, if the Court grants AEC leave to file its amicus brief, "Plaintiffs will be permitted to respond to AEC's filing." Order at 2, ECF No. 299.

Whether to grant leave to file an amicus brief is within the Court's discretion, but district courts "frequently welcome amicus briefs from non-parties concerning legal issues that have potential ramifications beyond the parties directly involved or if the amicus has unique information or perspective." *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *overruled on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995). The Ninth Circuit has explained that the "classic role of amicus curiae" is "assisting in a case of general public interests, supplementing the efforts of counsel, and drawing the court's attention to law that escaped consideration." *Miller-Wohl Co. v. Comm'r of Labor & Indus. State of Mont.*, 694 F.2d 203, 204 (9th Cir. 1982).

AEC's proposed amicus brief fulfills this classic role. The brief will assist the Court by drawing the Court's attention to the problems under Federal Rule of Civil Procedure 19 and the Due Process Clause with vacating the phase-two leases without the lessees being parties to the case. The brief also provides a more complete picture of the downstream effects of Plaintiffs' requested relief. The brief thus offers facts and legal arguments that have not already been addressed by the other parties. *See WildEarth Guardians v. Zinke*, 368 F. Supp. 3d 41, 59 (D.D.C. 2019) ("An amicus brief is appropriate where the brief will assist the judges by presenting ideas, arguments, theories, insights, facts, or data that are not to be found in the parties' briefs.").

For these reasons, the Court should grant AEC leave to file its amicus brief.

Dated: August 28, 2020                          Respectfully submitted,

/s/ Lee Radford
Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID  83402
Phone:  (208) 528-5252
Fax: (208) 522-5111
Email: lradford@parsonsbehle.com


/s/ Mark D. Gibson
Andrew C. Lillie, *pro hac vice*
Jessica Black Livingston, *pro hac vice*
Mark D. Gibson, *pro hac vice*
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
E-mail: andrew.lillie@hoganlovells.com
    jessica.livingston@hoganlovells.com
    mark.gibson@hoganlovells.com
Phone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Amicus Curiae*
*Anschutz Exploration Corporation*

**MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ANSCHUTZ EXPLORATION CORPORATION** — **2**

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of August, 2020, I served a true and correct copy of the foregoing **MOTION FOR LEAVE TO FILE AMICUS BRIEF OF ANSCHUTZ EXPLORATION CORPORATION** via the Court's electronic case filing system that will cause the foregoing to be served upon all counsel of record.

/s/ Mark D. Gibson
Mark D. Gibson