Cherese D. McLain, ISB #7911
cdm@msbtlaw.com
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202

William E. Sparks, *Pro Hac Vice*
wsparks@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Attorneys for Proposed Defendant-Intervenor Chesapeake Exploration, L.L.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **DAVID BERNHARDT,** Secretary of the Interior, *et al*., <br><br> Defendants, <br><br> **CHESAPEAKE EXPLORATION, L.L.C.**, *et al.*, <br><br> Defendant-Intervenors. | Case No. 1:18-cv-00187-REB <br><br><br> **PROPOSED DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S NOTICE OF APPEAL OF LIMITED MEMORANDUM DECISION AND ORDER (Dkt. 272), AND MEMORANDUM DECISION AND ORDER (Dkt. 297)** |

Proposed Defendant-Intervenor Chesapeake Exploration, L.L.C. hereby gives notice that it appeals to the United States Court of Appeals for the Ninth Circuit the Limited Memorandum Decision and Order (Dkt. 272) issued on July 24, 2020, and the Memorandum Decision and Order (Dkt. 297) issued on August 17, 2020 denying Chesapeake Exploration, LLC's Motion to Intervene (Dkt. 232).

Respectfully submitted this 2nd day of September 2020.


/s William E. Sparks

William E. Sparks
*Pro Hac Vice*

/s/ Cherese D. McLain

Cherese D. McLain


*Counsel for Proposed Defendant-Intervenor*
*Chesapeake Exploration, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of September 2020, I served a true and correct copy of the foregoing **DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S NOTICE OF APPEAL OF LIMITED MEMORANDUM DECISION AND ORDER (Dkt. 272), AND MEMORANDUM DECISION AND ORDER (Dkt. 297)** via the Court's electronic case filing system which will cause the foregoing to be served upon all counsel of record.

*s/ William E. Sparks*

Cherese D. McLain, ISB #7911
cdm@msbtlaw.com
MSBT LAW
950 W. Bannock Street, Suite 520
Boise, ID 83702
Telephone: 208-331-1800
Fax: 208-331-1202

William E. Sparks, *Pro Hac Vice*
wsparks@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

*Attorneys for Proposed Defendant-Intervenor* Chesapeake Exploration, L.L.C.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*, | |
| Plaintiffs, | Case No. 1:18-cv-00187-REB |
| v. | |
| **DAVID BERNHARDT,** Secretary of the Interior, *et al.*, | **PROPOSED DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S REPRESENTATION STATEMENT** |
| Defendants, | |
| **CHESAPEAKE EXPLORATION, L.L.C.**, *et al.*, | |
| Defendant-Intervenors. | |

The parties to the above-named action and the attorneys representing those parties are as follows:

1.      Appellees/Plaintiffs Western Watersheds Project and Center for Biological Diversity:

Laurence J. Lucas
Sarah Stellberg
Todd C. Tucci
Advocates for the West
P.O. Box 1612
Boise, ID 83701
Tel.: 208-342-7024
Fax: 208-342-8286
Email: llucas@advocateswest.org
sstellberg@advocateswest.org
ttucci@advocateswest.org

2.      Defendants David Bernhardt, in his official capacity as Secretary of the Interior,

and the U.S. Bureau of Land Management:

John Shaughnessy Most
U.S. Department of Justice
P.O. Box 7611
Washington, DC 20044
Telephone: 202-616-3353
Email: john.most@usdoj.gov

Christine Gealy England
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Telephone: 208-334-1211
Email: christine.england@usdoj.gov

Luther L Hajek
U.S. Dept. of Justice / Environment & Natural Resources Div.
999 18th Street
Denver, CO 80202
Telephone: 303-844-1376
Email: luke.hajek@usdoj.gov

3.      Defendant-Intervenor State of Wyoming:

Elliott John Adler
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
Telephone: 307-777-7895
Email: elliott.adler@wyo.gov

2

James Kaste
Wyoming Attorney General
2320 Capitol Ave
Cheyenne, WY 82002
Telephone: 307-777-7895
Fax: 307-777-3542
Email: james.kaste@wyo.gov

Cherese De'Dominiq McLain
MSBT Law, Chtd.
7699 W. Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: cdm@msbtlaw.com

4.      Defendant-Intervenor Western Energy Alliance:

Bret A Sumner
Malinda Morain
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Email: bsumner@bwenergylaw.com
        mmorain@bwenergylaw.com

Cherese De'Dominiq McLain
MSBT Law, Chtd.
7699 W. Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: cdm@msbtlaw.com

5.      Proposed Defendant–Intervenor Anschutz Exploration Corporation:

Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID 83402
Telephone: 208-528-5252
Fax: 208-522-5111
Email: lradford@parsonsbehle.com

Andrew C. Lillie
Jessica Black Livingston

Mark D. Gibson
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
Telephone: 303-899-7300
Fax: 303-899-7333
E-mail: andrew.lillie@hoganlovells.com
       jessica.livingston@hoganlovells.com
       mark.gibson@hoganlovells.com

6.      Proposed Defendant–Intervenor Chesapeake Exploration, L.L.C.:

Cherese De'Dominiq McLain
MSBT Law, Chtd.
7699 W. Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202
Email: cdm@msbtlaw.com

William E. Sparks
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Email: wsparks@bwenergylaw.com

7.      Proposed Defendant–Intervenor Vermilion Energy USA LCC; and Proposed Defendant–Intervenor Ballard Petroleum Holdings LLC:

Malinda Morain
Beatty & Wozniak, P.C.
216 16th Street, Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Email: mmorain@bwenergylaw.com

8.      Proposed Defendant–Intervenor Peak Powder River Resources, LLC; Proposed Defendant–Intervenor Peak Powder River Acquisitions, LLC; Proposed Defendant–Intervenor Rebellion Energy II, LLC; and, Proposed Defendant–Intervenor Seven Sisters Oil & Gas, LLC:

Alison C. Hunter
Holland & Hart
P.O. Box 2527

4

Boise, ID 83701-2527
Telephone: 208-383-3985
Email: achunter@hollandhart.com

Andrew Charles Emrich
Thomas L Sansonetti
Holland & Hart
555 17th Street Suite 3200
Denver, CO 80202
Telephone: 303-295-8000
Email: acemrich@hollandhart.com
   tlsansonetti@hollandhart.com

9.  Proposed Defendant–Intervenor Titan Exploration, LLC:

Alison C. Hunter
Holland & Hart
P.O. Box 2527
Boise, ID 83701-2527
Telephone: 208-383-3985
Email: achunter@hollandhart.com

10.  Amicus Curiae Successor Trustees of the Moore Mineral Trust:

Amanda K. Roberts
Lonabaugh and Riggs, LLP
P.O. Drawer 5059
Sheridan, WY 82801
Telephone: 307-672-7444
Email: amanda@lonabaugh.com

Alison C. Hunter
Holland & Hart LLP
P.O. Box 2527
Boise, ID 83701-2527
Telephone: 208.342.5000
Email: achunter@hollandhart.com

Respectfully submitted this 2nd day of September 2020.

/s William E. Sparks
William E. Sparks
*Pro Hac Vice*

/s/ Cherese D. McLain
Cherese D. McLain

*Counsel for Proposed Defendant-Intervenor*
*Chesapeake Exploration, L.L.C.*

### **CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of September 2020, I served a true and correct copy of the foregoing PROPOSED DEFENDANT-INTERVENOR CHESAPEAKE EXPLORATION, L.L.C.'S REPRESENTATION STATEMENT via the Court's electronic case filing system which will cause the foregoing to be served upon all counsel of record.

*s/ William E. Sparks*