Lee Radford, ISB #5719
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, Idaho 83402
Telephone:  208.522.6700
Facsimile:  208.522.5111
LRadford@parsonsbehle.com

*Attorney for Proposed Defendant–Intervenor Anschutz Exploration Corp.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT COURT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>vs.<br><br>DAVID BERNHARDT, Secretary of Interior, and UNITED STATES BUREAU OF LAND MANAGEMENT, an agency of the United States,<br><br>Defendants,<br><br>and,<br><br>STATE OF WYOMING and WESTERN ENERGY ALLIANCE,<br><br>Defendants–Intervenors. | Case No. 1:18-cv-00187-REB<br><br>**PROPOSED DEFENDANT–INTERVENOR'S NOTICE OF APPEAL** |

Proposed Defendant–Intervenor Anschutz Exploration Corporation ("AEC") appeals to the United States Court of Appeals for the Ninth Circuit this Court's August 17, 2020 order (ECF No. 297) denying AEC's Motion to Intervene (ECF No. 198) for purposes of participating in phase two and future phases of the case.

**PROPOSED DEFENDANT–INTERVENOR'S NOTICE OF APPEAL**  1

Dated: September 4, 2020          Respectfully submitted,

/s/ Lee Radford
―――――――――――――――――――
Lee Radford
PARSONS BEHLE & LATIMER
350 Memorial Drive, Suite 300
Idaho Falls, ID  83402
Phone:  (208) 528-5252
Fax: (208) 522-5111
Email: lradford@parsonsbehle.com

/s/ Mark D. Gibson
―――――――――――――――――――
Andrew C. Lillie, *pro hac vice*
Jessica Black Livingston, *pro hac vice*
Mark D. Gibson, *pro hac vice*
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
E-mail: andrew.lillie@hoganlovells.com
       jessica.livingston@hoganlovells.com
       mark.gibson@hoganlovells.com
Phone: (303) 899-7300
Facsimile: (303) 899-7333

*Attorneys for Proposed Defendant–Intervenor Anschutz Exploration Corporation*

## CERTIFICATE OF SERVICE

I certify that on September 4, 2020, I served a true and correct copy of the foregoing **PROPOSED DEFENDANT-INTERVENOR'S NOTICE OF APPEAL** via the Court's electronic case filing system that will cause the foregoing to be served upon all counsel of record.

/s/ Mark D. Gibson
Mark D. Gibson