Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
Malinda Morain, *Pro Hac Vice*
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Cherese D. McLain, ISB #7911
cdm@msbtlaw.com
MSBT LAW
7699 W. Riverside Dr.
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202

Attorneys for Defendant-Intervenor Western Energy Alliance.

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT*, Secretary of Interior, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00187-REB<br><br>**WESTERN ENERGY ALLIANCE'S UNOPPOSED MOTION FOR ORDER ENTERING STIPULATION REGARDING ANADARKO E&P ONSHORE LLC WELL AND STAY ORDER** |

*\* Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

Defendant-Intervenor Western Energy Alliance (Alliance) hereby moves this Court to enter the Order Entering Stipulation Regarding Anadarko E&P Onshore LLC (Anadarko) Well and Modification of Memorandum Decision and Order Re: Dkt. 226 (Stipulation) to allow Anadarko to complete and produce a single well passing through the federal lease identified as WYW-187426.

Undersigned counsel conferred with counsel for the State of Wyoming, the Federal Defendants, and the Plaintiffs, and all represented that their clients did not oppose this Motion.

Alliance, on behalf of Anadarko, intended to seek relief from the Court's Memorandum Decision and Order of May 12, 2020 under footnote 6. Per this Court's verbal instructions at the August 18, 2020 telephonic status conference, counsel for Alliance and counsel for Plaintiffs met and conferred regarding Alliance's intent to seek relief on behalf of Anadarko. Alliance and Plaintiffs have reached an agreement on entry of the Stipulation, and thereby request that the Court modify its May 2020 Stay Order to allow Anadarko to engage in final facility construction, completion activities, and subsequent production of the Bullsbrook T1H well subject to the terms and conditions of the Stipulation, pending resolution of Defendant and Defendant-Intervenor's appeals of this Court's February 27, 2020 Order [Dkt. 174]. As no party opposes the Motion, Alliance respectfully requests the Court grant its Motion.

Respectfully submitted this 29th day of September 2020.

/s/ Malinda Morain
Bret Sumner, *Pro Hac Vice*
bsumner@bwenergylaw.com
Malinda Morain, *Pro Hac Vice*
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Telephone: 303-407-4499
Fax: 800-886-6566

Cherese D. McLain
cdm@msbtlaw.com
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
Telephone: 208-331-1800
Fax: 208-331-1202

*Attorneys for Defendant-Intervenor Western Energy Alliance*

## CERTIFICATE OF SERVICE

      I hereby certify that on this 29th day of September, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all counsel of record in this matter to be served by electronic means, as more fully reflected on the NEF.

      */s/ Malinda Morain*