Laurence J. ("Laird") Lucas (ISB # 4733)
llucas@advocateswest.org
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Todd C. Tucci (ISB # 6526)
ttucci@advocateswest.org
Advocates for the West
P.O. Box 1612
Boise, ID 83701
(208) 342-7024
(208) 342-8286 (fax)

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY,<br><br>Plaintiffs,<br><br>v.<br><br>DAVID BERNHARDT,* Secretary of Interior, *et al.*,<br><br>Defendants. | Case No. 1:18-cv-00187-REB<br><br>**STIPULATION FOR PHASE THREE LITIGATION SCHEDULE** |

\* *Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

Plaintiffs, Federal Defendants, and Intervenor-Defendants stipulate to the following Phase Three case management schedule with the terms described below, and respectfully move the Court to approve it:

A.    **Case Status and Background**

In this case, Plaintiffs challenge fifteen separate Bureau of Land Management (BLM) oil and gas lease sales conducted in greater sage-grouse habitat, based on common or overarching

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 1

violations of the National Environmental Policy Act (NEPA) and Federal Land Policy and Management Act (FLPMA). Plaintiffs also challenge two Instruction Memoranda (IM) governing BLM's procedures for issuing oil and gas leases: IM 2018-034, which limited public involvement in BLM lease sales, and IM 2018-026, which pertains to the requirement of the 2015 Sage-Grouse Plan Amendments that BLM "prioritize oil and gas development outside" greater sage-grouse habitat.

The parties have agreed to a phased approach to resolving this case. Phase One summary judgment resolved Plaintiffs' Fourth and Fifth Claims for Relief in the Second Amended Complaint (ECF No. 165) involving Instruction Memorandum (IM) 2018-034 and five 2018 oil and gas leases that applied the IM. Phase Two summary judgment, which is now fully briefed and ripe for disposition, addresses Plaintiffs' Third Claim for Relief as to four 2017 lease sales.

**B.      Remaining Claims**

There are four remaining claims (First, Second, Third, and Sixth Claims for Relief) and seven remaining agency actions—IM 2018-026 and six oil and gas lease sales—to be resolved in this case. However, many of these remaining actions have already been vacated in other cases. Two of the five remaining lease sales were vacated in a District of Montana lawsuit because the court found that BLM failed to adequately assess impacts to groundwater and climate change under NEPA. *See WildEarth Guardians v. U.S. Bureau of Land Mgmt.*, 457 F. Supp. 3d 880 (D. Mont. 2020). No party appealed that decision. A third remaining lease sale is currently being briefed on partial summary judgment in a second case pending in the District of Montana: *Montana Wildlife Fed'n v. Zinke*, Case No. 4:18-cv-69-BMM. Finally, IM 2018-026 was previously vacated in the *Montana Wildlife Fed'n v. Zinke* case, and that portion of the decision was not appealed.

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 2

The following table summarizes the status of all final actions challenged in this case:

| Challenged Action | Status |
|---|---|
| IM 2018-034 | Vacated in Phase One |
| IM 2018-026 | Vacated in *MWF v. Zinke*. |
| February 2017 WY lease sale | Briefed in Phase Two |
| June 2017 MT lease sale | Briefed in Phase Two |
| June 2017 WY lease sale | Briefed in Phase Two |
| September 2017 WY lease sale | Briefed in Phase Two |
| September 2017 UT lease sale | -- |
| December 2017 MT lease sale | Vacated in *WildEarth Guardians v. BLM*. |
| March 2018 MT lease sale | Vacated in *WildEarth Guardians v. BLM*. |
| March 2018 WY lease sale | Summary judgment pending in *MWF v. Zinke*. |
| June 2018 NV lease sale | Vacated in Phase One; vacatur stayed pending appeal |
| June 2018 WY lease sale | Vacated in Phase One; vacatur stayed pending appeal |
| September 2018 UT lease sale | Vacated in Phase One; vacatur stayed pending appeal |
| September 2018 WY lease sale | Vacated in Phase One; vacatur stayed pending appeal |
| September 2018 NV lease sale | Vacated in Phase One; vacatur stayed pending appeal |
| February 2019 WY lease sale | -- |
| March 2019 MT lease sale | -- |

**C.     Proposed Phase Three Litigation Plan**

The parties propose that the Phase Three partial summary judgment motions focus on the three challenged lease sales remaining in this case that have yet not been adjudicated (or briefed) in the other litigation identified above, namely the February 2019 Wyoming, March 2019 Montana, and September 2017 Utah lease sales. Plaintiffs challenge these lease sales on common grounds, including: (1) the sufficiency of BLM's NEPA analysis of direct, indirect, and cumulative impacts to greater sage-grouse from oil and gas leasing; and/or (2) BLM's compliance with its Resource Management Plan obligation to "prioritize" new leasing outside of greater sage-grouse habitat.  Defendants dispute that the challenged leasing decisions violated NEPA or the applicable resource management plans.

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 3

Administrative Records.

- Federal Defendants have already produced the administrative record for the September 2017 Utah and March 2019 Montana lease sales.

- Federal Defendants shall produce the administrative record for the February 2019 Wyoming lease sale on or before **January 15, 2020**.

- The parties shall notify Federal Defendants (with a copy to all parties) of any objections to the "Phase Three" administrative records by **February 5, 2021**.

- If such objections are not resolved, the parties shall file any motion challenging the "Phase Three" administrative records by **February 12, 2021**. Response briefs on such record motions shall be filed by **February 26, 2021** and reply briefs by **March 5, 2021**.

Summary Judgment Briefing. The parties propose the following schedule and page limits for summary judgment briefing of these Phase Three lease sales:

| Filing | Deadline | Page Limit |
| --- | --- | --- |
| Plaintiffs' Phase Three partial summary judgment motion and opening brief | February 5, 2021 | 45 pages |
| Federal Defendants' Phase Three partial summary judgment motion and combined opening/response brief | March 19, 2021 | 45 pages |
| Intervenor-Defendants' Phase Three partial summary judgment motion and combined opening/response briefs | April 2, 2021 | 20 pages each |
| Titan Exploration, LLC Phase Three opening remedy brief | April 2, 2021 | 15 pages |

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 4

| | | |
|---|---|---|
| Plaintiffs' combined response/reply brief | April 23, 2021 | 35 pages |
| Federal Defendants' reply brief | May 14, 2021 | 20 pages |
| State of Wyoming and Western Energy Alliance reply briefs | May 28, 2021 | 10 pages each |
| Titan Exploration, LLC reply remedy brief | May 28, 2021 | 10 pages |

Defendant-Intervenors shall conform their briefing to the conditions set forth in their respective intervention orders.

The parties further agree that no party will oppose a motion to certify the Court's decision on the "Phase Three" partial summary judgment motions for interlocutory appeal pursuant to F.R.Civ.P. 54(b).

**IT IS SO STIPULATED.**

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 5

Dated: January 11, 2021								Respectfully submitted.

/s/ Sarah Stellberg
Sarah Stellberg (ISB #10538)
sstellberg@advocateswest.org
Laurence ("Laird") J. Lucas (ISB # 4733)
Todd C. Tucci (ISB # 6526)
P.O. Box 1612
Boise, ID 83701
(208) 342-7024; (208) 342-8286 (fax)

*Attorneys for Plaintiffs*

BART M. DAVIS (ISB # 2696)
United States Attorney
CHRISTINE ENGLAND, CA Bar # 261501
Assistant United States Attorney
District of Idaho
Washington Group Plaza IV
800 East Park Boulevard, Suite 600
Boise, Id 83712-7788
Tel: (208) 334-1211; Fax: (208) 334-1414

JEFFREY H. WOOD
Acting Assistant Attorney General
JOHN S. MOST, Virginia Bar No. 27176
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 724-7386; Fax: (202) 526-6665

/s/ Luke Hajek
LUTHER L. HAJEK, CO Bar No. 44303
U.S. Department of Justice
Environment & Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

/s/ Malinda Morain
Malinda Morain, Pro Hac Vice
BEATTY & WOZNIAK, P.C.
216 Sixteenth St., Suite 1100
Denver, CO 80202-5115
Tel: 303-407-4499; Fax: 800-886-6566

*Attorneys for Western Energy Alliance*

/s/ Elliott Adler
James Kaste, WSB No. 6-3244
Deputy Attorney General
Elliott Adler, WSB No. 7-6434
Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
elliott.adler@wyo.gov

*Attorneys for the State of Wyoming*

/s/ Tom Sansonetti
Thomas L. Sansonetti (*Pro Hac Vice*)
Andrew C. Emrich (*Pro Hac Vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 290-1061 (T. Sansonetti)
(303) 290-1621 (A. Emrich)
tlsansonetti@hollandhart.com
acemrich@hollandhart.com

Alison C. Hunter (ISB #8997)
HOLLAND & HART LLP
P.O. Box 2527 Boise, ID 83701-2527
Telephone: 208.342.5000
achunter@hollandhart.com

*Attorneys for Defendant-Intervenor Titan Exploration, LLC*

STIPULATION FOR PHASE THREE LITIGATION SCHEDULE - 6

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 11th day of January, 2021, I electronically filed the foregoing STIPULATION FOR PHASE THREE LITIGATION SCHEDULE with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing (NEF) to all counsel of record in this matter to be served by electronic means, as more fully reflected on the NEF.

                                             */s/ Sarah Stellberg*
                                             Sarah Stellberg