Cherese D. McLain (ISB No. 7911)
MSBT, CHTD.
7699 W. Riverside Dr.
Boise, ID 83714
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
cdm@msbtlaw.com

James Kaste, WSB No. 6-3244
Deputy Attorney General
Kelly Shaw, WSB No. 7-5624
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
kelly.shaw@wyo.gov

*Attorneys for the State of Wyoming*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>DEBRA HAALAND, Secretary of Interior, *et al.,*<br><br>Defendants,<br><br>STATE OF WYOMING, WESTERN ENERGY ALLIANCE,<br><br>Intervenor-Defendants. | Case No. 1:18-cv-00187-REB<br><br>**INTERVENOR-DEFENDANT STATE OF WYOMING'S MOTION FOR PARTIAL SUMMARY JUDGMENT (PHASE THREE)** |

The State of Wyoming hereby moves, pursuant to Federal Rule of Civil Procedure 56, for partial summary judgment on all of Plaintiffs' Claims in the Second Amended Complaint

regarding the September 2017 Utah oil and gas lease sale, the February 2019 Wyoming oil and gas lease sale, and the March 2019 Montana oil and gas lease sale. (ECF No. 165 at 54-56, 70-75). Through this motion, Wyoming requests that the Court enter summary judgment in its favor on the First and Second Claims for Relief, (*Id*. at 75-78), alleging violations of the Federal Land Policy and Management Act, and the Third Claim for Relief, (Id. at 78-82), alleging violations of the National Environmental Policy Act, on which Plaintiffs seek summary judgment. See (ECF No. 375). The State of Wyoming's grounds for this Motion are set forth in the attached Memorandum of Points and Authorities in Support and Separate Statement of Material Facts in Support.

Respectfully submitted this 30th day of April, 2021.

/s/ Cherese D. McLain
Cherese D. McLain, ISB No. 7911
MSBT, CHTD.
7699 W. Riverside Dr.
Boise, ID 83714
Telephone: (208) 331-1800
Facsimile: (208) 331-1202
cdm@msbtlaw.com

/s/ Kelly Shaw
James Kaste, WSB No. 6-3244
Deputy Attorney General
Kelly Shaw, WSB No. 7-5624
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
kelly.shaw@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on April 30, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court of Idaho using the CM/ECF system which sent a Notice of Electronic filing to the parties of record.

                                                /s/ Cherese D. McLain  
                                                Cherese D. McLain