RAFAEL M. GONZALEZ, JR.
Acting United States Attorney

CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM
Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th St., South Terrace – Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Attorneys for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*, | Case No. 1:18-cv-00187-REP |
| Plaintiffs, | **DEFENDANTS' NOTICE OF APPEAL** |
| vs. | |
| DEBRA HAALAND, Secretary of the Interior, *et al.*, | |
| Defendants, | |
| and | |
| STATE OF WYOMING, *et al.*, | |
| Defendant-Intervenors. | |

Defendants' Notice of Appeal

Defendants Debra Haaland, Secretary of the Interior, and the U.S. Bureau of Land Management hereby appeal to the U.S. Court of Appeals for the Ninth Circuit from the District Court's June 9, 2021 Memorandum Decision and Order regarding the parties' summary judgment motions, ECF No. 389, as well as all prior orders and decisions that merge into that order, including the Court's Memorandum Decision and Order re Defendants' Motion to Sever and Transfer (Docket No. 12), ECF No. 66.

Respectfully submitted this 16th day of August, 2021,

RAFAEL M. GONZALEZ, JR.
Acting United States Attorney

CHRISTINE G. ENGLAND, Idaho State Bar No. 11390
Assistant United States Attorney
District of Idaho
1290 West Myrtle Street, Suite 500
Boise, ID 83702
Tel: (208) 334-1211; Fax: (208) 334-9375
Email: Christine.England@usdoj.gov

TODD KIM
Assistant Attorney General

LUTHER L. HAJEK, Colorado Bar No. 44303
U.S. Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street
South Terrace, Suite 370
Denver, CO 80202
Tel: (303) 844-1376; Fax: (303) 844-1350
E-mail: Luke.Hajek@usdoj.gov

*Counsel for Defendants*