James Kaste, WSB No. 6-3244
Deputy Attorney General
Kelly Shaw, WSB No. 7-5624
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov
kelly.shaw@wyo.gov

*Attorneys for the State of Wyoming*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, *et al.*<br>  Plaintiffs,<br><br>  v.<br><br>RYAN ZINKE, Secretary of Interior, *et al*<br>  Defendants,<br><br>STATE OF WYOMING, WESTERN ENERGY ALLIANCE,<br><br>  Intervenor-Defendants. | Case No. 1:18-cv-00187-REB<br><br>**INTERVENOR-DEFENDANT STATE OF WYOMING'S NOTICE OF APPEAL** |

Intervenor-Defendant State of Wyoming hereby appeals to the United States Court of Appeals for the Ninth Circuit the District Court's June 9, 2021 Memorandum Decision and Order Re: Plaintiffs' Motion for Partial Summary Judgment (Phase Two), Federal Defendants' Motion for Partial Summary Judgment (Phase Two), Defendant-Intervenor State of Wyoming's Motion for Partial Summary Judgment (Phase Two), Defendant-Intervenor Western Energy Alliance's Phase Two Cross-Motion for Summary Judgment, and Defendant-Intervenors Peak Powder River Acquisitions, LLC's, Titan Exploration, LLC's, and Rebellion Energy II, LLC's Motion for Partial

Summary Judgment (Phase Two) (ECF No. 389), as well as all prior orders and decisions that merge into that Order.

Dated this 17th day of August, 2021.

Respectfully submitted,

/s/ Kelly Shaw
James Kaste (WSB No. 6-3244)
Deputy Attorney General
Kelly Shaw (WSB No. 7-5624)
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Ave.
Cheyenne, Wyoming 82002
Telephone: (307) 777-7895
Facsimile: (307) 777-3542
james.kaste@wyo.gov
kelly.shaw@wyo.gov

Cherese D. McLain
cdm@msbtlaw.com
MSBT LAW
7699 West Riverside Drive
Boise, Idaho 83714
Telephone: (208) 331-1800
Fax: (208) 331-1202

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I certify that on August 17, 2021, I electronically filed the foregoing with the Clerk of the U.S. District Court of Idaho using the CM/ECF system which sent a Notice of Electronic filing to the parties of record.

/s/ Kelly Shaw
Kelly Shaw