IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **WESTERN WATERSHEDS PROJECT**, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>**DEBRA HAALAND,** Secretary of the Interior, *et al.*,<br><br>    Defendants,<br>and<br><br>**WESTERN ENERGY ALLIANCE,**<br><br>    Defendant-Intervenor. | Case No. 1:18-cv-00187-REP<br><br>**ORDER GRANTING DEFENDANT-INTERVENOR WESTERN ENERGY ALLIANCE'S UNOPPOSED MOTION ON BEHALF OF ROCKIES RESOURCES, LLC FOR ORDER ENTERING STIPULATION TO MODIFY MEMORANDUM DECISION AND ORDER (DKT 226)**<br><br>**(Dkt. 432)** |

THIS MATTER HAVING COME before the Court on Defendant-Intervenor Western Energy Alliance's Unopposed Motion on Behalf of Rockies Resources, LLC for Order Entering Stipulation to Modify Memorandum Decision and Order (Dkt. 226) (the "Rockies Resources Motion") (Dkt. 432), and fully apprised of the contents therein, the Court finds that good cause exists to GRANT the Rockies Resources Motion and ADOPT the Stipulation referenced therein (Dkt. 432-15).

Therefore, IT IS HEREBY ORDERED that (i) the Stipulation (Dkt. 432-15) is ADOPTED, and (ii) the Rockies Resources Motion (Dkt. 432) is GRANTED under the terms and conditions of that Stipulation (Dkt. 432-15).

DATED: January 14, 2022

_____
Honorable Raymond E. Patricco
United States Magistrate Judge

**ORDER - 1**