[NAMES AND ADDRESSES OF COUNSEL
APPEAR ON SIGNATURE PAGES]

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT, and CENTER FOR BIOLOGICAL DIVERSITY, | Case No. 1:18-cv-00187-REP |
| Plaintiffs, | **JOINT STATUS REPORT** |
| v. | |
| DEBRA HAALAND*, Secretary of Interior, *et al.*, | |
| Defendants, | |
| STATE OF WYOMING, *et al.*, | |
| Defendant-Intervenors. | |

*\* Official Defendant automatically substituted per Fed. R. Civ. P. 25(d)*

In response to the Court's May 27, 2022, Request for Status Report (ECF No. 456), and to account for events that have occurred since their prior May 16, 2022, report, counsel for the parties have conferred and offer the Court the following joint status report:

In light of the Ninth Circuit's May 24, 2022 order, the parties agree that the Ninth Circuit has returned jurisdiction to the district court so that the district court can enter an order granting the motions to intervene filed by Anschutz and Chesapeake. Plaintiffs request that, consistent with the limited purpose for which Anschutz and Chesapeake sought intervention, the order granting intervention clarify that intervention is limited to leases in which each company has an interest. *See* ECF No. 312 (imposing a similar limitation); Fed. R. Civ. P. 24(a), Advisory

JOINT STATUS REPORT - 1

Committee's Note ("An intervention of right under the amended rule may be subject to appropriate conditions or restrictions[.]"). Plaintiffs also note that Anschutz and Chesapeake have already filed Answers to Plaintiffs' Second Amended Complaint (ECF Nos. 200, 235) and that new responsive pleadings should not be permitted.[1]

Chesapeake and Anschutz maintain that the Court should simply enter an order granting intervention consistent with the Motions filed and the Ninth Circuit's opinion in *W. Watersheds Project v. Haaland*, 22 F.4d 828 (9th Cir. 2022). Chesapeake notes that Plaintiffs' above-referenced order on intervention (Dkt. 132) was issued consistent with a stipulation between the parties regarding intervention and prior to the Ninth Circuit's opinion in *W. Watersheds Project v. Haaland*, 22 F.4d 828 (9th Cir. 2022). In addition, the Court should order Anschutz and Chesapeake to respond to WWP's Second Amended Complaint within 30 days of its order granting intervention as it ordered in granting previous motions to intervene (*see, e.g.* Dkt 54). WEA and Wyoming agree with the position of Chesapeake and Anschutz. Federal Defendants take no position.

The parties further agree that Anschutz and Chesapeake should be permitted to file, within 30 days of the order granting intervention, a supplemental brief (not to exceed 15 pages) as to the pending Phase Three partial summary-judgment motions related to any leases in which

---

[1] *See, e.g.*, *Greater Yellowstone Coalition v. US EPA*, Case No. 4:12-cv-00060, ECF No. 29 (D. Idaho May 15, 2012) ("IT IS FURTHER ORDERED, that the Proposed Answer . . . be deemed the answer"); *All. for Wild Rockies v. Lannom*, No. CV-21-51-M-DLC-KLD, 3 (D. Mont. Oct. 8, 2021) ("IT IS FURTHER ORDERED that AFRC shall refile the Proposed Answer (Doc. 16-2) attached to its motion to intervene."); *Estate of Fuller v. Maxfield & Oberton Holdings, LLC*, Case No.: 5:12-CV-02570-LHK, 6 (N.D. Cal. Jun. 7, 2013) ("Upon the entry of this Order, the Clerk shall file Alterra's Answer filed in support of the Motion to Intervene."); *State of Utah v. Evans* , Case no. 2:01-cv-00292 (D. Utah 2001) (ordering "that the proposed Answer of North Carolina Intervenors attached to the motion, be deemed accepted and deemed filed as Answer to the Complaint").

each has an interest and that, within 30 days of such briefs, Plaintiffs may file a response(s) to

each not to exceed 15 pages, or a single response not to exceed 30 pages.

Dated: June 8, 2022                              Respectfully submitted,

                                                 */s/ Sarah Stellberg*
                                                 Laurence ("Laird") J. Lucas (ISB # 4733)
                                                 llucas@advocateswest.org
                                                 Sarah Stellberg (ISB #10538)
                                                 sstellberg@advocateswest.org
                                                 P.O. Box 1612
                                                 Boise, ID 83701
                                                 (208) 342-7024

                                                 *Attorneys for Plaintiffs*

                                                 RAFAEL M. GONZALEZ, JR.
                                                 Acting United States Attorney

                                                 CHRISTINE ENGLAND, ISB # 11390
                                                 Assistant United States Attorney
                                                 District of Idaho
                                                 1290 West Myrtle Street, Suite 500
                                                 Boise, ID 83702
                                                 (208) 334-1211; Fax: (208) 334-9375
                                                 Christine.England@usdoj.gov

                                                 TODD KIM
                                                 Assistant Attorney General

                                                 */s/ Luke Hajek*
                                                 LUTHER L. HAJEK, CO Bar No. 44303
                                                 U.S. Department of Justice
                                                 Environment & Natural Resources Division
                                                 Natural Resources Section
                                                 999 18th Street
                                                 South Terrace, Suite 370
                                                 Denver, CO 80202
                                                 (303) 844-1376, fax: (303) 844-1350
                                                 Luke.Hajek@usdoj.gov

                                                 *Attorneys for Defendants*

                                                 */s/ Malinda Morain*

JOINT STATUS REPORT - 3

Bret Sumner, Pro Hac Vice
bsumner@bwenergylaw.com
Malinda Morain, Pro Hac Vice
mmorain@bwenergylaw.com
BEATTY & WOZNIAK, P.C.
1675 Broadway, Suite 600
Denver, CO 80202
303-407-4499, fax: 800-886-6566

Cherese D. McLain
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
208-331-1800, fax: 208-331-1202
cdm@msbtlaw.com

*Attorneys for Defendant-Intervenor Western Energy Alliance*

*/s/ James Kaste*
James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY 82002
(307) 777-7895, fax: (307) 777-3542
james.kaste@wyo.gov

Cherese D. McLain
MSBT LAW
7699 West Riverside Drive
Boise, ID 83714
208-331-1800, fax: 208-331-1202
cdm@msbtlaw.com

*Attorney for Defendant-Intervenor State of Wyoming*

*/s/ Andrew Emrich*
Thomas L. Sansonetti (*Pro Hac Vice*)
Andrew C. Emrich (*Pro Hac Vice*)
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 290-1061 (T. Sansonetti)
(303) 290-1621 (A. Emrich)

JOINT STATUS REPORT - 4

tlsansonetti@hollandhart.com
acemrich@hollandhart.com

Alison C. Hunter (ISB #8997)
HOLLAND & HART LLP
P.O. Box 2527
Boise, ID 83701-2527
208.342.5000
achunter@hollandhart.com

*Attorneys for Defendant-Intervenor Titan Exploration, LLC*

*/s/ Jessica Black Livingston*
Jessica Black Livingston, pro hac vice
HOGAN LOVELLS US LLP
1601 Wewatta Street, Suite 900
Denver, CO 80202
jessica.livingston@hoganlovells.com
(303) 899-7300, fax: (303) 899-7333

*/s/ Andrew C. Lillie*
Andrew C. Lillie, pro hac vice
Mark D. Gibson, pro hac vice
HOLLAND & HART LLP
555 17th Street, Suite 3200
Denver, CO 80202
(303) 295-8121
aclillie@hollandhart.com
mdgibson@hollandhart.com

*Attorneys for Proposed Defendant-Intervenor Anschutz Exploration Corporation*

*/s/ William Sparks*
William E. Sparks
BEATTY & WOZNIAK, P.C.
1675 Broadway, Suite 600
Denver, CO 80202
303-407-4499, fax: 800-886-6566
wsparks@bwenergylaw.com

*Attorney for Proposed Defendant-Intervenor Chesapeake Exploration, LLC*

JOINT STATUS REPORT - 5