FILED

AUG 29 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| WESTERN WATERSHEDS PROJECT; CENTER FOR BIOLOGICAL DIVERSITY, <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>DEB HAALAND, Secretary of Interior; BUREAU OF LAND MANAGEMENT, an agency of the United States, <br><br>Defendants, <br><br>STATE OF WYOMING; WESTERN ENERGY ALLIANCE, <br><br>Intervenor-Defendants, <br><br>and <br><br>CHESAPEAKE EXPLORATION, L.L.C., <br><br>Intervenor-Defendant-Appellant. | No. 22-35532 <br><br>D.C. No. 1:18-cv-00187-REP District of Idaho, Boise <br><br>ORDER |
| WESTERN WATERSHEDS PROJECT; CENTER FOR BIOLOGICAL DIVERSITY, <br><br>Plaintiffs-Appellees, <br><br>v. <br><br>DEB HAALAND, Secretary of Interior; BUREAU OF LAND MANAGEMENT, an | No. 22-35533 <br><br>D.C. No. 1:18-cv-00187-REP |

agency of the United States,

    Defendants,

STATE OF WYOMING; WESTERN ENERGY ALLIANCE; CHESAPEAKE EXPLORATION, L.L.C.,

    Intervenor-Defendants,

and

ANSCHUTZ EXPLORATION CORPORATION,

    Intervenor-Defendant-Appellant.

Before: MURGUIA, Chief Judge, and BOGGS* and BERZON, Circuit Judges.

The unopposed motion of *amicus curiae* United States for leave to participate in oral argument (Dkt. No. 51) is **GRANTED**. Appellants are allotted 20 minutes of argument time, counsel for *amicus* is allotted 5 minutes, and appellees are allotted 25 minutes.

---

 * The Honorable Danny J. Boggs, United States Circuit Judge for the U.S. Court of Appeals for the Sixth Circuit, sitting by designation.